**FILED UNDER SEAL**

**EXHIBIT E**

# EXHIBIT E

**FILED UNDER SEAL**