**FILED UNDER SEAL**

**EXHIBIT F**

# EXHIBIT F

**FILED UNDER SEAL**