# EXHIBIT G

# EXHIBIT G



Skyryse Inc,
777 Aviation Blvd – Suite 230,
El Segundo, CA 90245

May 22, 2020

Mr. Timothy Abbott,
Digital Innovation Manager
Moog Aircraft Group,
Seneca Street at Jamison Road,
East Aurora, NY 14052

**Subject:**   Four Axis Fly-By-Wire Flight Control System - Request for Quote

**Enclosure:**   Skyryse Statement of Work **-** SR00-01PD0005-001 Rev NC

Dear Tim,

Skyryse is ramping up the second phase of the go-to-market program with the certification FlightOS™ on a light helicopter.  Success of the program relies heavily upon the Moog's fly-by-wire equipment addressed in the attached statement of work (SOW).   The goal is to certify a system with a simplified pilot interface that makes flying safe and easy to learn for a broad cross-section of the public.  The functions of the system described in this SOW include those defined as automatic flight control system (ACFS) and stability and control augmentation systems (SCAS) and will achieve the flying qualities required to certify a helicopter for IFR operation according to Appendix B of AC 27-1B. Two subsequent programs will certify IFR and zero visibility operations.

 While the target customer is the average consumer, Skyryse has indication that the lead customers are existing General Aviation OEM's and other Commercial Operators.  A large Asian air taxi operator has already signed a letter of intent covering a potential order of fifty shipsets, with the potential for more orders after certification.  Skyryse is also in discussions with two OEM who currently produce high volume production aircraft, rotor and fixed wing aircraft.  Discussions are at a stage that Skyryse needs reliable pricing inputs from Moog in order to finalize contracts.  Skyryse believes that progress in the certification program will accelerate adoption of FlightOS and deposits for firm orders.

 In order to have a successful market launch Skyryse is seeking a teaming agreement with Moog.  This agreement will insure availability and support of a capable system as well as quantity-based competitive pricing and weight for Skyryse customers.  The bulk of the initial addressable market is the existing fleet of more than 300,000 General Aviation aircraft worldwide.  As part of the teaming agreement, Skyryse will work with Moog to minimize the non-recurring work needed to reach the market while developing a compelling product.  Skyryse believes that the entire General Aviation market can be addressed with two sizes of actuators and one set of triple dissimilar electronics.

This SOW is a continuation to the work Moog and Skyryse have collaborated over the past
year.  Skyryse has made a substantial investment in this collaborative work.  On the one hand, Skyryse has made $1.25M in payments to Moog.  In addition, Skyryse has supported the equipment technology of Moog's choice, has run trade-studies and adapted the Skyryse technology to fit its constraints and properties.  Skyryse fully expects that Moog will continue to market this equipment, a unique and first ever electro-mechanical FBW rotorcraft actuation system, to non-competing customers and therefore



benefiting broadly and reducing the overall risk exposure to Skyryse's future business. This allows Moog to profit from the combined investment in the subject FBW system beyond the Skyryse book of business.

Skyryse is seeking a proposal from Moog for the general parameters of a teaming agreement with Skyryse. As part of the agreement Skyryse is interested in an initial quote for 10, 50 and 150 shipsets of production standard equipment as described in the attached SOW.

The broad parameters of the development program are as follows:

1). Develop a single triple redundant actuator version of the dual redundant one developed over the past year with Skyryse
2). Re-package an existing computer to incorporate all flight sensors, battery and charger into a triple-dissimilar redundant set as described in the SOW
3). Develop a side stick as described in the SOW
4). Deliver a lab system (Blue Label) in January of 2021
5). Deliver a flight test system (Red Label) in July of 2021
6) Certification baseline system (Black Label) in December 2021

Skyryse and its investors see a world-changing and lucrative opportunity, there for the taking, and are inviting Moog to join the team to make it a reality.

Please don't hesitate to call me if you have any questions regarding this RFQ or Skyryse's SOW

Sincerely,

*Tim Baptist* (signature)

Tim Baptist
Senior Vice President,
Skyryse Inc
+1-310-490-9323


Cc:  Gonzalo Rey