# EXHIBIT H

**EXHIBIT H**

Aircraft Group, Moog Inc.   •   East Aurora, New York 14052-0018
Telephone:  716/687-4649   •   Fax: 716/687-4869



22 September 2020

SkyRyse Inc.
777 Aviation Blvd. – Suite 230
El Segundo, CA 90245

Attention:    Mr. Tim Baptist
              Senior Vice President

**Subject:**      ***Moog Proposal for a Fly-By-Wire Flight Control System***

References:    (a)  05222020: SkyRyse SOW SR00-01PD0005-001 Rev NC
               (c)  Moog RFQ ROM response 20200617
               (d)  08172020: SkyRyse Statement of Work SR00-01PD0005-001 Rev A

Attachments:  (A1) Payment Milestones
              (A2) Termination/Liability Schedule
              (B) Terms and Conditions of Offer
              (C) Moog Compliance Matrix to SkyRyse Statement Of Work
              (D) Moog FBW System Technical Description

Dear Tim:

Moog is pleased to provide SkyRyse the following response to design, develop, build and
qualify an integrated flight control actuation system for SkyRyse's STC development
program. The System Technical Description is contained in Attachment D and an
accompanying Compliance Matrix to the SkyRyse SOW can be found in Attachment C.

This Firm Fixed Price Proposal for the Non-Recurring Engineering effort has quite a few
significant differences in comparison to the ROM proposal we provided in June of 2020:

- First and foremost, we are proposing a three dissimilar, centralized and optimized Flight
  Control Computers.
  - In our earlier ROM proposal, the baseline was a distributed and modular system
    utilizing already certified components
- We are proposing a triplex velocity summed Electromechanical Actuator without clutches
  - In the earlier ROM proposal we proposed actuators with clutches

There are several cost drivers for this systems that we would like to highlight.  Please keep
these in mind as you review the technical details of the proposal.   The required dissimilarity
of three (3) unique and fully integrated FCC designs along with the associated OFP, drives
complexity and cost in three areas:

SkyRyse Fly-By -Wire Flight Control System Proposal
Page 2

- The actual development of three (3) new designs, though this is mitigated by use some existing technology;
- Integrating ancillary components like the battery, motor controller and INS unit; and
- Creating dissimilar software and implementating of SkyRyse CLAW

The firm fixed price for the development, build and qualification of the complete system is $46,195,870 USD.   A high-level breakdown for your reference is as follows:

| Element | Price |
|---|---|
| Electronics Engineering. | $13.5 million |
| Mechanical Engineering | $6.6 million |
| Software Engineering. | $17.4 million |
| Systems Engineering. | $ 5.5 million |
| Program Management. | $3.1 million |

Moog will offer continued support to SkyRyse on a time and material basis after the successful qualification of the system.

Moog is also pleased to provide an alternate option for the development, build and qualification of a cascaded triplex redundant rotary Electro-Mechanical Actuator.  The firm fixed priced for this actuator is $8,957,434 USD.  The breakdown for this effort is as follows:

| Element | Price |
|---|---|
| Mechanical Engineering | $6.6 million |
| Systems Engineering. | $ 0.4 million |
| Program Management. | $1.8 million |

Moog will offer continued support to SkyRyse on a time and material basis after the successful qualification of the actuator.

Proposed payment milestones and a termination/liability schedule for the full system and alternate EMA only option is included in Attachment A1 and A2 respectively of this proposal.

Should SkyRyse accept either of the above offers, Moog will work with SkyRyse to complete Moog's product specification sheet describing the component/system characteristics and

SkyRyse Fly-By -Wire Flight Control System Proposal
Page 3

interface control document, MRE61623, prior to executing the detailed design and development phase of the contract.

We look forward to the opportunity to answer any questions SkyRyse may have regarding this proposal. We have a keen interest in being a key supplier on this exciting and innovative opportunity.


Very Truly Yours,


Paul P. Otto
Business Unit General Manager
Moog Aircraft Group


cc:    SkyRyse:  G. Rey
       Moog:     S. Mclachlan, J. Alfieri, M. Gruver, V. Padilla, E. Byun