UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
: 
MOOG INC., :
 :
                         Plaintiff, :    Case No.  1:22-cv-00187
 :
      -against- :
 :    **NOTICE OF APPEARANCE**
SKYRYSE, INC., ROBERT ALIN PILKINGTON :
and MISOOK KIM :
 :
                        Defendants. :
 :
------------------------------------------------------------------- x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Rena Andoh of Sheppard, Mullin, Richter & Hampton LLP hereby appears as counsel in this matter for Plaintiff Moog Inc.. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York    Respectfully submitted,
       March 7, 2022

                                       **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

                                       By:  /s/ Rena Andoh
                                               Rena Andoh
                                             30 Rockefeller Plaza
                                             New York, NY 10112-0015
                                             Tel:  (212) 653-8700
                                             randoh@sheppardmullin.com

                                             *Attorneys for Plaintiff Moog Inc.*