# EXHIBIT E

APILKINGTON

| Title | Course ID | Delivery Type | Registration Date | Completion Status | Date Marked Complete |
|---|---|---|---|---|---|
| Anti-Harassment & Discrimination (CA) | LC0125 | Web-Based | 30-Aug-18 | Successful | 25-Sep-18 |
| Basic Cyber Security Awareness Part Four | IT0038 | Web-Based | 26-Aug-16 | Successful | 20-Dec-16 |
| Basic Cyber Security Awareness Part One | IT0012 | Web-Based | 9-Mar-14 | Successful | 8-Aug-14 |
| Basic Cyber Security Awareness Part Three | IT0014 | Web-Based | 8-Jul-14 | Successful | 8-Aug-14 |
| Basic Cyber Security Awareness Part Two | IT0013 | Web-Based | 16-May-14 | Successful | 17-Jun-14 |
| Business Ethics for Moog Employees (English) | PE0002 | Web-Based | 2-May-16 | Successful | 2-May-16 |
| DISCONTINUED: Business Ethics for Moog Employees | PE0002 | Web-Based | 21-Aug-12 | Successful | 27-Aug-12 |
| DocuShare | SA0079 | Web-Based | 9-Aug-12 | Successful | 27-Aug-12 |
| Electrical Safety Awareness | HS0074 | Web-Based | 2-Aug-12 | Successful | 27-Aug-12 |
| Electrostatic Discharge (ESD) Control | MG0079 | Web-Based | 20-Jul-20 | Successful | 20-Jul-20 |
| Electrostatic Discharge (ESD) Control | MG0079 | Web-Based | 31-Aug-17 | Successful | 31-Aug-17 |
| Engineering Delegation Process | EN0078 | Web-Based | 2-Jan-19 | Successful | 13-Feb-19 |
| Engineering Delegation Process | EN0078 | Web-Based | 24-Jan-21 | Successful | 3-Mar-21 |
| Engineering Delegation Process | EN0078 | Web-Based | 2-Dec-16 | Successful | 12-Jan-17 |
| Fire Extinguisher Awareness | HS0168 | Web-Based | 23-Jun-15 | Successful | 20-Dec-16 |
| FOD Prevention Training | MG0118 | Web-Based | 17-Nov-20 | Successful | 13-Dec-20 |
| Hazardous Material Handling - Level II | EE0022 | Web-Based | 8-Jan-17 | Successful | 12-Jan-17 |
| Hazardous Material Handling - Level II | EE0022 | Web-Based | 8-Jan-17 | Successful | 25-Apr-18 |
| Insider Threat - English | CP0013 | Web-Based | 13-Nov-17 | Successful | 25-Apr-18 |
| Keeping our Employees Healthy & Safe from COVID-19 All US Non- WNY Employees | IN0051 | Document Review | 5-Jun-20 | Successful | 15-Jun-20 |
| Leading and Coaching People | MD0008 | Instructor-Led | 4-Nov-19 | Successful | 8-Nov-19 |
| Lockout/Tagout for Affected Employees | HS0191 | Web-Based | 19-Oct-20 | Successful | 18-Nov-20 |
| Managing Change | MD0112 | Instructor-Led | 28-Jan-20 | Successful | 2-Mar-20 |
| Moog Digital Imaging Clearance | LC0074 | Web-Based | 19-Dec-16 | Successful | 20-Dec-16 |
| Moog Trade Secrets | LC0029 | Web-Based | 27-Oct-16 | Successful | 20-Dec-16 |
| Moog Trade Secrets | LC0029 | Instructor-Led | 30-Jul-12 | Successful | 23-Aug-12 |
| RDI Error Course 0 | RDI ERROR 0 | Web-Based | 11-Mar-16 | Successful | 6-Sep-18 |
| Trade Compliance Awareness for Engineering and Quality Professionals | LC0061 | Web-Based | 14-Feb-18 | Successful | 25-Apr-18 |
| Trade Compliance Essentials | LC0024 | Web-Based | 9-Aug-12 | Successful | 23-Aug-12 |
| Trade Compliance Essentials | LC0024 | Web-Based | 15-Sep-14 | Successful | 7-Nov-14 |

MKIM

| Title | Course ID | Delivery Type | Registration Date | Completion Status | Date Marked Complete |
|---|---|---|---|---|---|
| Anti-Harassment & Discrimination | LC0124 | Web-Based | 19-Oct-18 | Successful | 8-Nov-18 |
| Basic Cyber Security Awareness Part One | IT0012 | Web-Based | 9-Mar-14 | Successful | 24-Mar-14 |
| Basic Cyber Security Awareness Part Three | IT0014 | Web-Based | 8-Jul-14 | Successful | 8-Aug-14 |
| Basic Cyber Security Awareness Part Two | IT0013 | Web-Based | 16-May-14 | Successful | 18-Jun-14 |
| Business Ethics for Moog Employees | PE0015 | Web-Based | 25-Sep-18 | Successful | 29-Dec-18 |
| Business Ethics for Moog Employees (English) | PE0002 | Web-Based | 25-Sep-18 | Successful | 29-Dec-18 |
| Business Ethics for Moog Employees (English) | PE0002 | Web-Based | 14-Apr-16 | Successful | 14-Apr-16 |
| DISCONTINUED: Business Ethics for Moog Employees | PE0002 | Web-Based | 20-Apr-13 | Successful | 20-Apr-13 |
| DocuShare | SA0079 | Web-Based | 28-Aug-13 | Successful | 28-Aug-13 |
| Electrostatic Discharge (ESD) Control | MG0079 | Web-Based | 24-Oct-19 | Successful | 25-Oct-19 |
| Electrostatic Discharge (ESD) Control | MG0079 | Web-Based | 30-Aug-17 | Successful | 30-Aug-17 |
| Fire Extinguisher Awareness | HS0168 | Web-Based | 23-Jun-15 | Successful | 21-Aug-15 |
| FOD Prevention Training | MG0118 | Web-Based | 17-Nov-20 | Successful | 23-Apr-21 |
| Hazardous Material Handling - Level II | EE0022 | Web-Based | 8-Jan-17 | Successful | 9-Jan-17 |
| Keeping our Employees Healthy & Safe from COVID-19 All US Non- WNY Employees | IN0051 | Document Review | 8-Jun-20 | Successful | 25-Jun-20 |
| Lockout/Tagout for Affected Employees | HS0191 | Web-Based | 19-Oct-20 | Successful | 18-Nov-20 |
| Moog Trade Secrets | LC0029 | Web-Based | 15-Jan-15 | Successful | 21-Aug-15 |
| Moog Trade Secrets | LC0029 | Instructor-Led | 21-Feb-13 | Successful | 5-Mar-13 |
| RDI Error Course 0 | RDI ERROR 0 | Web-Based | 11-Mar-16 | Successful | 6-Sep-18 |
| Security Essentials | IT0055 | Web-Based | 12-Dec-19 | Successful | 12-Dec-19 |
| Timekeeping Awareness and Compliance | HR0051 | Web-Based | 17-Feb-21 | Successful | 13-Apr-21 |
| Trade Compliance Awareness for Engineering and Quality Professionals | LC0061 | Web-Based | 14-Feb-18 | Successful | 26-Apr-18 |
| Trade Compliance Essentials | LC0024 | Web-Based | 15-Sep-14 | Successful | 7-Nov-14 |