**FILED UNDER SEAL**

**EXHIBIT C**

**EXHIBIT C**

**FILED UNDER SEAL**