**FILED UNDER SEAL**

**EXHIBIT D**

**EXHIBIT D**

**FILED UNDER SEAL**