**EXHIBIT A**

**EXHIBIT A**



Hi Joerge, Was nice chatting with you briefly. This is Deb Morisie, Head of People at Skyryse. Would love to have a brief 30-min introductory call. No pressure at all. Skyryse is a fantastic organization with a great culture. Let me know when you have time and I'll set up. Warmly, Deb

Wed, Nov 17, 12:11 PM

Hello Deb, thank you for the consideration. I thought about it in detail. But, I am going to have to pass at this time. Thanks, jorge

