**FILED UNDER SEAL**

**EXHIBIT A**

**EXHIBIT A**

**FILED UNDER SEAL**