**EXHIBIT B**

**EXHIBIT B**



Aircraft Group, Moog Inc. • East Aurora, New York 14052-0018
Telephone: 716/652-2000 • Fax: 716/805-2366

February 18th, 2022

**To:**   Misook Kim
2120 Bridgeport Way
Torrance, CA 90503

**Subject:**   Return of Moog Property

To Misook:

It has come to our attention that prior to your leaving Moog's employment you downloaded several important and proprietary files belonging to Moog onto an external hard drive. This is Moog property, and it needs to be promptly returned.

Please respond to me by the close of business on Tuesday, February 22, 2022, and arrange for the return of the drive and all files downloaded to it by you.

Your immediate attention to this matter is required.

To correspond regarding arrangements, I can be reached at the contact information provided below.

Sincerely,

*Jamie Daly*
Jamie Daly
Global Human Resource Business Partner for Aircraft Group Engineering

Cell phone: 1-716-260-4525
Email address: jdaly@moog.com