**EXHIBIT A**





