**EXHIBIT D**

**EXHIBIT D**

