# EXHIBIT A

# Bruce W. Pixley, CISSP, GFCA, EnCE

| | |
|---|---|
| **Qualifications** | Certified forensic analyst and expert witness providing testimony in U.S. Federal Court and CA State Court on the subject of computer forensics, operating systems, e-mail, Trojan viruses, peer-to-peer software, digital photographs and recovery of deleted data. Areas of expertise include computer forensics, theft of intellectual property/trade secrets, network intrusions, Internet investigations, and human resource investigations. Course developer and instructed law enforcement and corporate investigators around the world for over 2,000 hours on the subjects of computer forensics, network intrusions, and high-tech investigations. |

**Summary of Professional Experience**

**Pixley Forensics Group**  — November 2013 – Present
Provides computer forensic analysis, digital evidence collection, expert witness testimony, and litigation consulting services to clients for matters involving criminal activity, intellectual property and trade secret misappropriation, internal investigations, spoliation and tampered evidence, cellular/mobile devices, and network intrusion.

**Course Developer and Instructor, California Cyber Training Complex**  — July 2016 – Present
A partnership of California State University, Cal Poly San Luis Obispo and California Military Department to prepare law enforcement agencies and military department to address the growing cyber threat. Provide course development, instructional materials, and instruction to students on the introductory through advanced topics of computer forensics as it relates to cyber investigations.

**Lead Instructor, California Department of Justice**  — July 2001 – June 2016
Provides contract services as a lead instructor for the Advanced Training Center which includes training, course development and development of instructional material for the basic, advanced, and Mac computer forensic courses. Serves as the lead developer and instructor for the Department's 40-hour network intrusion course. Received formal certification as an instructor from California's POST Robert Presley Institute of Criminal Investigation.

**Vice President, Precision Discovery**  — September 2008 – October 2013
Executive responsible for Precision Discovery's nationwide computer forensic practice. This in-house team of expert examiners conducts end-to-end computer forensic examinations; handles all types of electronic discovery collections; provides litigation consulting services and expert witness testimony; and delivers a quality final work product to their clients.

**Senior Director, Aon Consulting**  — January 2006 – September 2008
Responsible for managing and investigating high-tech investigations for the Western United States practice. Investigations spanned from trade secret theft and intellectual property matters to computer intrusion and human resource issues. Provided testimony as an expert witness.

**Master Instructor, Guidance Software**  — September 2003 – August 2005
Responsible for development and maintenance of advanced and expert series training courses, such as network intrusion and advanced Internet examinations, that instructs law enforcement and corporate forensic examiners with investigative methodologies, computer skills and instruction on the functionality and usage of EnCase Forensic Edition and EnCase Enterprise Edition.

**Lieutenant, Santa Barbara Sheriff's Department**  — May 2002 – August 2003
Assigned to Special Operations, High Tech Crime Task Force. Responsible for the formation, operations and training of a new multi-county task force. Additional responsibilities included conducting computer forensics examinations and providing training to outside agencies. Began conducting computer forensic examinations in 1999 as a Sheriff's Detective Sergeant.

**California Peace Officer**
Santa Barbara Sheriff's Department — July 1992 – August 2003
Carpinteria Police Department — January 1988 – June 1992

**Education**  University of Phoenix, B.S., business management

**Professional**
- Certified Information Systems Security Professional (CISSP)

# Bruce W. Pixley, CISSP, GFCA, EnCE

---

| | |
|---|---|
| **Certifications** | - GIAC Certified Forensic Analyst (GFCA)<br>- EnCase Certified Examiner (EnCE)<br>- AccessData Certified Examiner<br>- Certified ProDiscover Examiner<br>- Microsoft Certified Professional |
| **Professional Affiliations** | - International High Technology Crime Investigation Association; founding president of the Central California Chapter<br>- International Association of Computer Investigative Specialists |
| **Summary of Professional Training** | - SANS Advanced Computer Forensic Analysis and Incident Response<br>- SANS Hacker Techniques & Incident Handling<br>- EnCase Expert Series and Intermediate Courses<br>- Blackbag Macintosh Forensics Courses<br>- AccessData Computer Forensics Courses<br>- HTCIA Annual Training Conferences<br>- CA Department of Justice Training Courses |
| **Presentation and Publications** | Provided computer forensic report writing class to federal agents and prosecutors in a one day training session sponsored by the US Attorney's Office in Los Angeles, October 2015.<br><br>*Report Writing Handbook for the Computer Forensic Examiner: Law Enforcement Edition*, California: 2014. Print.<br><br>"Protecting Trade Secrets in the Computer Age: The Basics on Computer Forensics", *Bender's California Labor & Employment Bulletin*: LexisNexis, June 2008.<br><br>"Data Search Strategies for Mobile Devices that can Help Counsel Win," *The Metropolitan Corporate Counsel,* December 2007.<br><br>"Looking Beyond E-mail: Alternate Forms of Communication and Their Impact on E-Discovery," *The Metropolitan Corporate Counsel*, November 2007.<br><br>"The Quest to Uncover All the Facts: The Role of Computer Forensics in Electronic Discovery," The Metropolitan Corporate Counsel, November 2007.<br><br>"In Search of Lost Assets: Using Computer Forensics in Intellectual Property and Trade Secret Theft Investigations," *The Metropolitan Corporate Counsel*, November 2007. |
| **Expert Testimony** | *People v. David Mark Fink,* Superior Court of California, County of Los Angeles, November 2021.<br><br>*In Re Grand Jury Investigation,* Orange County Criminal Grand Jury, Santa Ana, CA, August 2021.<br><br>*U.S. v. Michael Joseph Pepe* (CR 07-168), United States Federal Court, Central District of California, August 2021.<br><br>*U.S. v. Vahe Sarkiss (19-495-DSF)*, United States Federal Court, Central District of California, June, 2021.<br><br>*People v. Joshua Raffaelli,* Superior Court of California, County of San Mateo, June 2019.<br><br>*In Re Grand Jury Investigation,* Orange County Criminal Grand Jury, Santa Ana, CA, March 2019.<br><br>*People v. David Mark Fink,* Superior Court of California, County of Los Angeles, September 2018. |

# **Bruce W. Pixley,** CISSP, GFCA, EnCE

*U.S. v. Ronald Gerard Boyajian (CR 09-933)*, United States Federal Court, Central District of California, February, 2016.

Parker Waichman LLP against Michelle Mauro, David Krangle, Andres Alonso and Alonso Krangle LLP, Supreme Court of the State of New York, Nassau County, February, 2016.

*U.S. v. Keith Gartenlaub* (CR 14-173-CAS), United States Federal Court, Central District of California, December 2015.

*People v. Kristin Regina Davis, Superior Court of California, County of Ventura, November 2015*

*U.S. v. Stanley Reczko III* (CR 07-1221), United States Federal Court, Central District of California, February 2015.

*U.S. v. Michael A. Peterson* (CR 12-228-GW), United States Federal Court, Central District of California, July 2014.

*U.S. v. Denis Aviles Salguero* (11-CR-1156-FMO), United States Federal Court, Central District of California, September 2013.

*U.S. v. Yongda Huang Harris,* United States Federal Court, Central District of California, April 2013.

*Bryan Hooper v. The Fulcrum Group,* Superior Court of California, San Bernardino County, September 2012

*U.S. v. Tyrone Ganoe* (CR 06-19(A)-DSF), United States Federal Court, Central District of California, April 2012.

*U.S. v. Ronald Gerard Boyajian* (CR-09-933(A) CAS), United States Federal Court, Central District of California, March 2011.

*U.S. v. Erik Leonardus Peeters* (CR 09-932(C)-CAS), United States Federal Court, Central District of California, February 2011.

*Gray 1 Central Pacific Bank, LLC v. SCC Acquisitions, Inc*, Superior Court of California, County of Orange, December 2010.

*U.S. v. Gregory Berry (CR 09-831-DSF)*, United States Federal Court, Central District of California, August 2010.

*U.S. v. Carl Stephen Tisthammer* (CR 08-57-CAS), United States Federal Court, Central District of California, March 2010.

*U.S. v. William Lawrence Billow (CR 08-151 RT)*, United States Federal Court, Central District of California, December 2009.

*Ma Laboratories, Inc v. ASI Computer Technologies, Inc,* Superior Court of California, County of Santa Clara, May 2009

*U.S. v. Drew Endacott* (CR 08-813-PSG), United States Federal Court, Central District of California, February 2009.

*Selvin & Weiner P.C. et al v. Bench International Search, Inc., et al,* Superior Court of California, County of Los Angeles, November 2008.

*U.S. v. Michael Joseph Pepe* (CR 07-168(A)-DSF), United States Federal Court, Central District of California, May 2008.

*U.S. v. James Sanders* (EDCR 04-42(A)-VAP), United States Federal Court, Central District of California, Eastern Division - Riverside, June 2007.

*Bazak International Corp. v. Tarrant Apparel Group*, United States Federal Court, Southern District of New York, November 2006.

# **Bruce W. Pixley,** CISSP, GFCA, EnCE

*U.S. v. Tyrone Ganoe* (CR 06-19(A)-DSF), United States Federal Court, Central District of California, January 2007.

*U.S. v. Bruce Wernick,* United States Federal Court, Eastern District of New York, April 2005.

*U.S. v. Jorge Agusto Mijangos* (CR 04-688(A)-JFW), United States Federal Court, Central District of California, September 2004.

**Deposition Testimony**

*Joshua Joiner v. Builder AI Corp,* Superior Court of California, County of Los Angeles, March 2022.

*The Best Label Company LLC v. Custom Label & Decal LLC,* United States District Court, Northern District of California, January 2022.

*Jeremy Swanson v. County of Riverside,* Superior Court of California, County of Riverside, November 2021.

*Saint-Gobain Performance Plastics v. Tuan La et al.*, Superior Court of California, County of Los Angeles, August 2021.

*Paul J. Napoli v. Marc J. Bern,* Supreme Court of the State of New York, County of New York, July and September 2020.

*Cell-Crete Corporation v. Scott Taylor and Davison Vivit*, Superior Court of California, County of Los Angeles, March 2020.

*Laurie Carranza v. State of California,* Superior Court of California, County of San Bernardino, August 2017

*David Yang and Hollie Yang v. State of California,* Superior Court of California, County of Los Angeles, June 2017

*San Diego County Credit Union v. Carlton Roark et al.,* Superior Court of California, County of San Diego, June 2015

*W.J. Bradley Mortgage Capital, LLC v. Logemann et al.*, Superior Court of California, County of Orange, February 2015

*In Re Delta/AirTran Baggage Fee Antitrust Litigation, MDL 2089*, United States Federal Court, Northern District of Georgia, Atlanta Division, May 2014

*In Re Delta/AirTran Baggage Fee Antitrust Litigation, MDL 2089*, United States Federal Court, Northern District of Georgia, Atlanta Division, January 2014

*Bryan Hooper v. The Fulcrum Group,* Superior Court of California, San Bernardino County, August 2012

*Christopher Mendoza v. Nordstrom, Inc,* United States Federal Court, Central District of California, April 2012

*John Negovetich v. Central Garden & Pet Company,* Superior Court of California, January 2010

*Ma Laboratories, Inc v. ASI Computer Technologies, Inc,* Superior Court of California, October 2008

*Aon Consulting, Inc and Aon Group, Inc v. Michelle Miears, Shawn Thompson, and Lockton Insurance Agencies*, District Court of Harris County, Texas, March 2008

*Selvin & Weiner P.C. et al v. Bench International Search, Inc., et al,* Superior Court of California, February 2008

*Schwab, et al v. Carter, et al,* United States Federal Court, Northern District of Illinois, February 2006