UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MOOG INC.,

                      Plaintiff,

v.                                                    Case No.: _____

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

                      Defendants.

_____

## MOOG'S EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING

        Pursuant to Local Rule of Civil Procedure 65(a)(4), Moog Inc. ("Moog") hereby identifies the exhibits it intends to present at the preliminary injunction hearing. Moog expressly reserves its right to amend or supplement this list based on information learned during discovery or argument.

## MOOG'S EXHIBIT LIST

| No. | Description |
|---|---|
| 1. | Employee acknowledgment forms signed by Robert Alin Pilkington and Misook Kim |
| 2. | Moog's employee handbook |
| 3. | 2018 NDA between Moog and Skyryse |
| 4. | 2019 NDA between Moog and Skyryse |
| 5. | Statement of Work between Moog and Skyryse |
| 6. | Terms & Conditions of Sale between Moog and Skyryse |
| 7. | Skyryse RFQ |
| 8. | Bid submitted by Moog in response to Skyryse RFQ |
| 9. | Misook Kim's exit form |
| 10. | File log reflecting 136,994 files copied by Misook Kim |
| 11. | Letter to Misook Kim demanding return of external hard drive |
| 12. | Moog's written IP policy |
| 13. | Transcript of Moog's trade secrets training |
| 14. | Moog training log |
| 15. | Photograph of "Western Digital My Passport" hard drive returned my Miyoung Ryu (Misook Kim's sister) |
| 16. | Photograph of Samsung hard drive returned by Misook Kim |
| 17. | Photograph of back cover of Misook Kim's Moog-issued laptop |
| 18. | Annotated photograph of Misook Kim's Moog-issued laptop |
| 19. | Text messages between Jorge Lopez and Deb Morisie |
| 20. | Curriculum vitae for Bruce W. Pixley |
| 21. | Publicly-Available Articles |

-3-

Date:  March 7, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
        *Attorneys for Plaintiff Moog Inc.*

        By:    s/Rena Andoh
            Rena Andoh
            Travis J. Anderson (*pro hac vice* forthcoming)
            Tyler E. Baker (*pro hac vice* forthcoming)
            Kazim A. Naqvi (*pro hac vice* forthcoming)
        30 Rockefeller Plaza
        New York, New York 10112
        Telephone:  (212) 653-8700

        and

        **HODGSON RUSS LLP**

        By:    s/Robert Fluskey
            Robert J. Fluskey, Jr.
            Melissa N. Subjeck
            Pauline T. Muto
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202
        (716) 856-4000