UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                            Plaintiff,

    v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

                            Defendants.

Case No.: _____

**NOTICE OF MOTION FOR EXPEDITED HEARINGS ON TRO AND PRELIMINARY INJUNCTION**

---

**PLEASE TAKE NOTICE** that, under Local Rule 7(d)(1), Plaintiff Moog Inc. ("Moog"), by and through its attorneys, Sheppard, Mullin, Richter & Hampton LLP and Hodgson Russ LLP, will move before the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202, on **a date to be determined by the Court**, for an Order granting Moog's Motion for an Expedited Hearing on its Motion for a Temporary Restraining Order and Preliminary Injunction (the "TRO Motion"). Plaintiff respectfully requests that hearings on its motions for a temporary restraining order and a preliminary injunction be held as soon as possible.

## GROUNDS FOR REQUESTED RELIEF

In support of this motion, Moog relies upon the Complaint (and exhibits thereto), the Declarations of Mike Hunter, Todd Schmidt, Jorge Lopez, Paul Stoelting, Ian Bagnald, Jamie Daly, Bruce Pixley, and Mike Johnnie, and the Memorandum of Law filed in support of the TRO Motion. As explained in those filings, an expedited hearing is necessary to prevent immediate and irreparable harm to Moog. Defendants Skyryse, Inc. ("Skyryse"), Pilkington, and Kim

(collectively, "Defendants") misappropriated Moog's trade secrets and confidential and proprietary information.  Under Pilkington's instruction, and in coordination with Skyryse, Kim copied and delivered to Pilkington and Skyryse sensitive data files containing Moog's trade secrets and confidential and proprietary information for the advancement of Skyryse's business.  On information and belief, Defendants are using that information to their competitive and personal advantage.

If Defendants are not immediately enjoined, they will continue to use and disclose Moog's confidential and trade secret information, breach their contractual and fiduciary duties to Moog, exploit Moog's confidential and trade secret information to unfairly compete against Moog, and tortiously interfere with Moog's prospective business relations.  Moog will suffer immediate and irreparable harm to their business, reputation, customer relationships, and goodwill.  Defendants' exploitation of Moog's trade secret, confidential, and proprietary information also raises significant security concerns.

Pursuant to Local Rule 7(d)(1), a party may seek to shorten the schedule prescribed for motions upon good cause shown.  For the reasons stated herein, and in the papers supporting the TRO Motion, good cause exists.

**WHEREFORE,** Moog respectfully requests that the Court schedule expedited hearings on Moog's requests for a temporary restraining order and a preliminary injunction, as set forth in the TRO Motion, on a date and time set by the Court. A proposed Order is submitted herewith.

Date:  March 7, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
*Attorneys for Plaintiff Moog Inc.*

By:   s/Rena Andoh
      Rena Andoh
      Travis J. Anderson (*pro hac vice* forthcoming)
      Tyler E. Baker (*pro hac vice* forthcoming)
      Kazim A. Naqvi (*pro hac vice* forthcoming)
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 653-8700

and

**HODGSON RUSS LLP**

By:   s/Robert Fluskey
      Robert J. Fluskey, Jr.
      Melissa N. Subjeck
      Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000