UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

                Defendants.

---

Case No.: _____

**(PROPOSED) ORDER GRANTING EXPEDITED HEARINGS ON TRO & PRELIMINARY INJUNCTION**

UPON consideration of the motion filed by Plaintiff Moog Inc. ("Moog") for an Order, pursuant to Local Rule 7(d)(1), expediting the hearing (the "Expedited Hearing Motion") on Moog's Motion for a Temporary Restraining Order and Preliminary Injunction (the "TRO Motion"), and upon proof that Moog has provided Defendants with adequate and proper notice of this motion and the TRO Motion, it is hereby

ORDERED that the Expedited Hearing Motion is GRANTED; and it is further

ORDERED that the hearing on Moog's request for a temporary restraining order, as set forth in the TRO Motion, shall be on the ____ day of _____, 2022, at _____ a.m./p.m., at the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202; and it is further

ORDERED that the hearing on Moog's request for a preliminary injunction, as set forth in the TRO Motion, shall be on the ____ day of _____, 2022, at _____ a.m./p.m., at

the United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, NY 14202; and it is further

      ORDERED that any responding papers be served via CM/ECF and by hand delivery to the Court on or before the ____ day of _____, 2022, at _____ a.m./p.m.; and it is further

      ORDERED that any reply papers be served via CM/ECF and by hand delivery to the Court on or before the ____ day of _____, 2022, at _____ a.m./p.m.

Dated: _____                           _____
                                                                                  United States District Judge