UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                             Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

                             Defendants.

Case No.: _____

**NOTICE OF MOTION FOR EXPEDITED DISCOVERY**

---

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, Motion for Temporary Restraining Order/Preliminary Injunction, Declaration of Michael Hunter, Declaration of Todd Schmidt, Declaration of Paul Stoelting, Declaration of Jorge Lopez, Declaration of Ian Bagnald, Declaration of Jamie Daly, Declaration of William Michael Johnnie, Declaration of Bruce Pixley, together with all exhibits to those declarations and affidavits, and upon the Complaint and all proceedings had herein, Plaintiff Moog Inc. ("Moog") by and through their undersigned counsel, Sheppard, Mullin, Richter & Hampton, LLP, hereby move this court for an Order granting Moog leave to conduct expedited discovery pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       March 7, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
*Attorneys for Plaintiff Moog Inc.*

By:     s/Rena Andoh
       Rena Andoh
       Travis J. Anderson (*pro hac vice* forthcoming)
       Tyler E. Baker (*pro hac vice* forthcoming)
       Kazim A. Naqvi (*pro hac vice* forthcoming)
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700'

and

**HODGSON RUSS LLP**

By:     s/Robert Fluskey
       Robert J. Fluskey, Jr.
       Melissa N. Subjeck
       Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000