UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MOOG INC.,

                    Plaintiff,

    v.

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

                    Defendants.
_____

Case No.: 22-187

**(PROPOSED) ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY**

Based upon Plaintiff's Motion for Expedited Discovery, Plaintiff's Motion for Preliminary Injunction, and the allegations contained in the Complaint, for good cause shown, and pursuant to Federal Rules of Civil Procedure 26(d)(1), IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Expedited Discovery is GRANTED;

2. Plaintiff may issue up to 20 Requests for Production, 10 Interrogatories, and 10 Requests for Admission;

3. Plaintiff may take up to 5 depositions, including the depositions of Misook Kim, Robert Alin Pilkington, Gonzalo Rey, as well as a Person Most Knowledgeable of Defendant Skyryse, Inc. pursuant to Fed. R. Civ. P. 30(b)(6);

4. Defendants must respond to Plaintiff's initial Document Requests, Interrogatories, and Requests for Admission within 14 days of service thereof, and make their witnesses available for deposition within 10 days after serving discovery responses and producing responsive documents;

5. Plaintiff's expedited requests for production, requests for admission, and interrogatories shall be served on or before _____, 2022.

-2-

      6.    Expedited depositions and all expedited discovery shall be completed on or before _____, 2022.

      7.    A hearing on the Motion for Preliminary Injunction shall occur on _____.

SO ORDERED, this ____ day of _____, 2022.

Dated: Buffalo, New York
      _____, 2022

_____
United States District Judge