UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.                                                                          Case No.: _____

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

                Defendants.

---

### **NOTICE OF MOTION TO SEAL**

PLEASE TAKE NOTICE that Plaintiff Moog Inc. ("Moog") respectfully submits this motion (the "Motion") for an order to file under seal: (a) portions of Moog's Complaint, dated March 7, 2022 (the "Complaint"); (b) portions of the Memorandum of Law filed in Support of Moog's Emergency Application for a Temporary Restraining Order and Preliminary Injunction, dated March 7, 2022 (the "TRO Motion"); (c) portions of the Declaration of Michael Hunter, dated February 28, 2022 ("Hunter Declaration"), filed in support of the TRO Motion; (d) portions of the Declaration of Jorge Lopez, dated March 4, 2022 ("Lopez Declaration"), filed in support of the TRO Motion; (e) portions of the Declaration of Todd Schmidt, dated February 28, 2022 ("Schmidt Declaration"), filed in support of the TRO Motion; (f) portions of the Declaration of Paul Stoelting, dated February 28, 2022 ("Stoelting Declaration"), filed in support of the TRO Motion; (g) portions of the Memorandum of Law filed in Support of Moog's Motion for Expedited Discovery, dated March 7, 2022; and (h) the following list of exhibits submitted in support of the pleadings:

1. Exhibit A to the Bagnald Declaration,

2. Exhibits C and D to the Hunter Declaration,

3. Exhibits C and D to the Stoelting Declaration, and

4. Exhibits E and F to the Complaint.

Moog requests that the exhibits identified by letter herein be sealed in their entirety.

This Motion is based on the Declaration of Robert J. Fluskey, Jr. in Support of the Motion to Seal, which is filed separately under seal.

Date:  March 7, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
        *Attorneys for Plaintiff Moog Inc.*
        By:    s/Rena Andoh
            Rena Andoh
            Travis J. Anderson (*pro hac vice* forthcoming)
            Tyler E. Baker (*pro hac vice* forthcoming)
            Kazim A. Naqvi (*pro hac vice* forthcoming)
        30 Rockefeller Plaza
        New York, New York 10112
        Telephone:  (212) 653-8700

        and

        **HODGSON RUSS LLP**

        By:    s/Robert Fluskey
            Robert J. Fluskey, Jr.
            Melissa N. Subjeck
            Pauline T. Muto
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202
        (716) 856-4000