UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                        Plaintiff,        Case No.: 1:22-cv-00187

v.

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

                        Defendants.

---

## PLAINTIFF MOOG INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Moog Inc. ("Moog") states that it is a non-governmental corporate entity with no parent corporation.

BlackRock, Inc. is a publicly-held corporation that owns 10% or more of Moog's stock.

Vanguard Group, Inc., whose funds are publicly-traded, owns 10% or more of Moog's stock.

Dated:  March 15, 2022

                        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                        *Attorneys for Plaintiff Moog Inc.*
                        By:       s/Rena Andoh
                             Rena Andoh
                             Travis J. Anderson (*pro hac vice* forthcoming)
                             Tyler E. Baker (*pro hac vice* forthcoming)
                             Kazim A. Naqvi (*pro hac vice* forthcoming)
                        30 Rockefeller Plaza
                        New York, New York 10112
                        Telephone:  (212) 653-8700

                        and

**HODGSON RUSS LLP**

By:    s/Melissa N. Subjeck
      Robert J. Fluskey, Jr.
      Melissa N. Subjeck
      Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000