UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-00187-LVJ-JJM<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned states that Defendant Skyryse, Inc. ("Skyryse") is a non-governmental corporate party in the above-captioned action, and that no publicly held corporation owns ten percent (10%) or more of the shares of Skyryse.

Dated: March 21, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Terrance P. Flynn

　　　　　　　　　　　　　　　　　　**HARRIS BEACH PLLC**
　　　　　　　　　　　　　　　　　　Terrance P. Flynn
　　　　　　　　　　　　　　　　　　726 Exchange Street, Suite 1000
　　　　　　　　　　　　　　　　　　Buffalo, New York 14210
　　　　　　　　　　　　　　　　　　(716) 200-5050
　　　　　　　　　　　　　　　　　　tflynn@harrisbeach.com

　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　　　Josh Krevitt, Esq. (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Kate Dominguez, Esq. (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Angelique Kaounis, Esq. (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10166
　　　　　　　　　　　　　　　　　　(212) 351-2338
　　　　　　　　　　　　　　　　　　JKrevitt@gibsondunn.com
　　　　　　　　　　　　　　　　　　KDominguez@gibsondunn.com
　　　　　　　　　　　　　　　　　　AKaounis@gibsondunn.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　SKYRYSE, INC.