# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC., <br><br>             Plaintiff, <br><br>     v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br>             Defendants. | Case No. 1:22-cv-00187 |

**DECLARATION OF ROBERT ALIN PILKINGTON IN SUPPORT OF DEFENDANTS ROBERT ALIN PILKINGTON AND MISOOK KIM'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR CHANGE OF VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA**

## **DECLARATION OF ROBERT ALIN PILKINGTON**

I, Robert Alin Pilkington, declare and state as follows:

1. I am the Software Manager for defendant Skyryse, Inc. ("Skyryse"). The facts set forth herein are true of my own personal knowledge, and, if called upon to testify thereto, I could and would competently do so under oath.

2. I am currently domiciled in the state of California and have been since January 1985. In particular, my current residence where I live is in Torrance, California. I am not a resident of New York or any other state.

3. During the entire time I was employed by plaintiff Moog Inc. ("Moog") from on or about July 30, 2012 through November 12, 2021, I worked at Moog's facility in Torrance, California. I lived in Marina Del Rey, California from 2000 to September 2019 and have lived in Torrance, California since September 2019.

4. I was never stationed at another location while I was employed by Moog besides their Torrance, California facility.

5. On or about July 30, 2012, I signed a form at Moog's Torrance, California facility acknowledging that I received Moog's employee handbook.

6. During my employment at Skyryse which commenced on November 15, 2021, I have always worked at Skyryse's offices in El Segundo, California.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct.

Executed on March 29, 2022 at Torrance, California.



ROBERT ALIN PILKINGTON

115257403v.1