UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br> v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants. | Case No. 1:22-cv-00187-LVJ-JJM |

**NOTICE OF DEFENDANT SKYRYSE'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE**

Please take notice that Defendant Skyryse, Inc. ("Skyryse") respectfully requests that Moog's Complaint be dismissed, or in the alternative, the Court transfer this action to the United States District Court for the Central District of California. Dismissal is warranted under Federal Rule of Civil Procedure 12(b)(2), and also under Federal Rule of Civil Procedure 12(b)(3). In the alternative, this case should be transferred to the Central District of California pursuant to 28 U.S.C. § 1404. Pursuant to Local Rule 7(a)(1), Skyryse intends to file reply papers in support of this motion.

In support of this motion, we submit the following documents:

1. Memorandum of Law in Support of Defendant Skyryse's Motion to Dismiss or, Alternatively, to Transfer Venue;

2. Declaration of Katherine Dominguez and Attached Exhibits in Support of Defendant Skyryse's Motion to Dismiss or, Alternatively, to Transfer Venue; and

3. Declaration of Gonzalo Rey in Support of Defendant Skyryse's Motion to Dismiss or, Alternatively, to Transfer Venue.

1

Dated: March 29, 2022

/s/ Terrance P. Flynn

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
(716) 200-5050
tflynn@harrisbeach.com

**GIBSON, DUNN & CRUTCHER LLP**
Josh Krevitt, Esq. (Admitted *Pro Hac Vice*)
Katherine Dominguez, Esq. (Admitted *Pro Hac Vice*)
Ilissa Samplin, Esq. (*Pro Hac Vice* forthcoming)
Angelique Kaounis, Esq. (Admitted *Pro Hac Vice*)
Justine M. Goeke, Esq. (Admitted *Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
(212) 351-4000
JKrevitt@gibsondunn.com
KDominguez@gibsondunn.com
ISamplin@gibsondunn.com
AKaounis@gibsondunn.com
JGoeke@gibsondunn.com

*Attorneys for Defendant, Skyryse, Inc.*