UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>                Defendants. | Case No. 1:22-cv-00187-LVJ-JJM |

**DECLARATION OF KATHERINE DOMINGUEZ**

      I, Katherine Dominguez, hereby declare under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.    I am an attorney permitted to practice law before this Court *pro hac vice*. I am a member of the bar of the State of New York, and I am admitted to practice before the United States Court of Appeals for the Federal Circuit, the United States District Courts for the Southern and Eastern Districts of New York and the Eastern District of Texas. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP and counsel of record for Skyryse, Inc. ("Skyryse") in the above-captioned action. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently testify to the facts set forth herein.

      2.    Attached to this declaration as <u>Exhibit A</u> is a true and correct copy of Moog's Form 10-K annual report for fiscal year ended October 2, 2021 retrieved from the Electronic Data Gathering, Analysis, and Retrieval system ("EDGAR") maintained by the Securities and Exchange Commission ("SEC").

      3.    Attached hereto as <u>Exhibit B</u> is a true and correct copy of a press release dated October 19, 2019 entitled "Moog Inc. Celebrates 25 Years in Torrance, CA" (the "Moog Press

1

Release") retrieved from the Moog website at https://www.moog.com/news/operating-group-news/2019/Moog_Celebrates_25_Years_in_Torrance.html on March 27, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2022

_____
Katherine Dominguez