# EXHIBIT B



# Moog Inc. Celebrates 25 Years in Torrance, CA

## Contact Us

Click Here to contact us

East Aurora, NY Moog Inc. (NYSE: MOG.A and MOG.B) will celebrate the 25th anniversary of the Moog Aircraft Group facility in Torrance, CA. Acquired in 1994 from the Allied Signal Company, the facility supports a broad portfolio of global aerospace programs focused on flight control actuation systems.  The facility hosts design engineering, manufacturing and aftermarket support functions.

The business has grown to over 700 employees with over 250,000 square feet at three locations in Torrance including the main facility on Western Avenue.

"Our Torrance Operation has played a critical role in Moog's growth into an industry leader in providing advanced flight control systems for Military and Commercial aircraft worldwide. We are proud to celebrate the 25th anniversary of their becoming a part of the Moog family," said Mark Trabert, President, Moog Aircraft Group.

As part of the local community Moog Torrance proudly takes part in community events to support local schools and community outreach programs such as Operation Teddy Bear, The Salvation Army, cancer awareness and more.  In addition, Moog regularly holds area recruiting events to add to its ever-growing team of outstanding employees.

For information on job opportunities at our Torrance location, visit: www.moog.careers.com today!



Moog Inc. is a worldwide designer, manufacturer, and integrator of precision control components and systems. Moog's high-performance systems control military and commercial aircraft, satellites and space vehicles, launch vehicles, missiles, automated industrial machinery, marine and medical equipment. Additional information about the company can be found at [www.moog.com](http://www.moog.com).

East Aurora, NY | Torrance, CA | Elma, NY | Phone: 800-272-MOOG | Fax: 716-687-4456

### About Moog
- Aircraft Operating Group
- Industrial Operating Group
- Space & Defense Operating Group
- Certifications
- Privacy Policy
- Data Privacy for Employees
- Our Global Websites
- Our Brands

### Investors
- Your Shares
- Account Access
- Recent Financial Performance
- Analyst Coverage of Moog
- Investor FAQ
- SEC Filings
- Webcasts
- Corporate Governance Guidelines
- Investor Relations

### Industries
- Aircraft
- Construction
- Defense
- Energy
- Entertainment
- Industrial Machinery
- Marine
- Medical OEM
- Motorsport
- Oil & Gas
- Space
- View All

### Careers
- Find Our Jobs

### Products
- Actuators & Servoactuators
- Controllers, Controls & Software
- Fiber Optic Rotary Joints
- Flight Controls
- Medical Pump Systems
- Motors & Servomotors
- Multiplexers & Media Converters
- Pitch Solutions
- Radial Piston Pumps
- Servo Valves & Proportional Valves
- Slip Rings
- View All

### News & Events
- Corporate Press Releases
- Operating Group News
- Events
- Articles
- Blogs

### Contact Us
- AOG Hotline
- Moog Facilities

### Services
- Field Service Support



© 2022 Moog Inc.   |   Privacy Policy   |   All rights reserved.

Cookies Settings