UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

           Plaintiff,

vs.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1 – 50,

           Defendants.

Case No.: 1:22-cv-00187

**NOTICE OF MOTION AND MOTION TO APPEAR *PRO HAC VICE* OF ILISSA SAMPLIN**

---

| | |
|---|---|
| Nature of Action: | Civil Action to Protect Trade Secrets |
| Moving Parties: | Defendant, Skyryse, Inc. |
| Motion: | Admission *Pro Hac Vice* of Ilissa Samplin, Esq. |
| Date and Time: | At a time to be determined before the Hon. Lawrence J. Vilardo (or upon submission) |
| Place: | United States District Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| Supporting Papers: | 1. Notice of Motion for Admission Pro Hac Vice;<br>2. Sponsor Affidavit of Terrance P. Flynn, Esq.;<br>3. Petition for Attorney Admission of Ilissa Samplin, Esq.;<br>4. Attorney's Oath;<br>5. Civility Principles Form;<br>6. Attorney's Database and ECF Registration Form; and |
| Answering Papers: | Pursuant to Local Rule 7(b), unless the Court issues an order otherwise. |
| Reply Papers: | None. |
| Relief Requested: | Pursuant to Local Rule 83.1(c), defendant seeks an order granting its motion *pro hac vice* seeking the admission of Ilissa Samplin to participate in the above-captioned matter, and for such other and further relief as the Court deems just and proper. |

Grounds for Relief:     Local Rule 83.1(c)

Oral Argument:     Not Requested.


Dated: March 30, 2022
        Buffalo New York                 Respectfully submitted,

                                         HARRIS BEACH PLLC

                                         /s/ Terrance P. Flynn
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
(716) 200-5050
tflynn@harrisbeach.com


GIBSON, DUNN & CRUTCHER LLP

                                         /s/ Ilissa Samplin
Ilissa Samplin, Esq. (*Pro Hac Vice* pending)
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7354
ISamplin@gibsondunn.com

Angelique Kaounis, Esq. (Admitted *Pro Hac Vice*)
Josh Krevitt, Esq. (Admitted *Pro Hac Vice*)
Kate Dominguez, Esq. (Admitted *Pro Hac Vice*)
Justine M. Goeke, Esq. (Admitted *Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
(212) 351-4000
AKaounis@gibsondunn.com
JKrevitt@gibsondunn.com
KDominguez@gibsondunn.com
JGoeke@gibsondunn.com

*Attorneys for Defendant, Skyryse, Inc.*

2