UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Tyler Baker**
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK ) ss:
COUNTY OF **New York**

**Rena Andoh**, being duly sworn deposes and says:

1. I reside at: **310 East 9th Street, Apt. 1, New York, NY 10003**

and maintain an office for the practice of law at: **Sheppard, Mullin, Richter & Hampton LLP, 30 Rockefeller Plaza, New York, NY 10112**

2. I am an attorney at law, admitted to practice in the **State of New York**, I was admitted to practice in the United States District Court for the Western District of New York on the **14th** day of **February**, **2017**.

3. I have known the petitioner since **2012** and under the following circumstances: **we have worked together at Sheppard Mullin since that time.**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: **Mr. Baker is a skilled and honorable attorney.**

_____
Signature of Sponsoring Attorney

Sworn to before me this **12th** day of **April**, **2022**

_____
Notary Public

MARYLEE EVERS
Notary Public - State of New York
NO. 01EV4819855
Qualified in New York County
My Commission Expires 2-28-23