UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MOOG INC.,

               Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

               Defendants.

Case No. 1:22-cv-00187-LJV-JJM

## **DECLARATION OF MICHAEL HUNTER**

MICHAEL HUNTER, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. My name is Michael Hunter. I provide this declaration in support of Moog Inc.'s Opposition to defendants Misook Kim and Robert Alin Pilkington's Motion to Dismiss or, Alternatively, Transfer Venue. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein.

2. I graduated from Utah State University in 1996, receiving a Bachelor's of Science degree in Electrical Engineering with a Computer Science minor.

3. I have worked at Moog Inc. ("Moog") since 2000. My entire time at Moog, I have worked in the software group. Initially, I was a flight software developer living in Salt Lake City, Utah. I progressed to lead. I then became software manager over the Salt Lake and

Torrance software groups. In 2013, I moved to Buffalo, New York and became the Software Manager for the East Aurora Software Group. From 2016 through 2019, I served as Chief Software Engineer. Since 2019, I have served as Moog's Software Senior Manager.

4. My duties as Software Senior Manager include managing 100 software engineers. I have 5 software managers that report to me directly and 2 indirectly in India. I am responsible for the software at 6 Moog sites. As software senior manager, I am responsible for the software group's execution on programs, the software employees and the budget for software in the aircraft group. Throughout my tenure at Moog, I have worked on the development of Moog's flight control software and project-specific applications.

5. Robert Alin Pilkington reported directly to me from 2016 until the date he departed Moog in November 2021. Misook Kim worked under Mr. Pilkington at all times. In terms of organizational structure and internal hierarchy, I was in charge of both Ms. Kim and Mr. Pilkington from 2016 until the dates they departed Moog.

6. As part of their job duties as Moog software engineers, Ms. Kim and Mr. Pilkington traveled to Moog's facilities in East Aurora, New York several times for design review and other project meetings. I personally met with Ms. Kim and Mr. Pilkington several times in East Aurora, New York between 2012 and 2018. Based on my review of Moog's internal business records and travel logs, Mr. Pilkington traveled to Moog facilities in East Aurora, New York twelve times between 2012 and 2018. Based on my review of Moog's internal business records and travel logs, Ms. Kim traveled to Moog facilities in East Aurora, New York four times between 2014 and 2018.

7. It was common practice for all Moog software engineers located outside of New York to travel to East Aurora, New York multiple times a year for project and team building

purposes. Pilkington and Kim were also in regular email and phone communication with Moog employees in New York, including myself and others due to the nature of their work, which required collaboration and discussion with New York employees.

8. Amongst the Moog software engineering team, it was common knowledge that Moog's source code and related data for its flight control software are housed in Moog's central servers in East Aurora, New York.

Dated: April 12, 2022

_____
Michael Hunter