**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

April 13, 2022

Honorable Lawrence J. Vilardo
Deputy Clerk: Colleen M. Demma
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:   *Moog Inc. v. Skyryse, Inc., et al.*, Case No. 1:22-cv-00187

Dear Honorable Judge Vilardo,

We write on behalf of Defendant Skyryse, Inc., pursuant to this Court's Standing Order on Adjournments and Enlargements of Time and Federal Rule of Civil Procedure 6(b)(1), to request an extension of time to file Skyryse's reply briefs in support of its pending motions to dismiss (Dkt. Nos. 48, 49). Skyryse's deadline to file these reply briefs is April 19, 2022. In view of the upcoming Easter and Passover holidays and associated travel, Skyryse respectfully requests a three-day extension to file the reply briefs to Friday, April 22, 2022. Plaintiff consents to this request.

We thank the Court for its consideration.

Sincerely,

Kate Dominguez

cc:   All Counsel of Record

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.