AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| Moog Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00187-LJV-JJM |
| Skyryse, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Moog Inc.                                                                                           .

Date:   04/14/2022                                        s/Reetuparna Dutta
                                                                    *Attorney's signature*

                                                            Reetuparna Dutta (4655999)
                                                            *Printed name and bar number*

                                                            Hodgson Russ LLP
                                                            The Guaranty Building
                                                            140 Pearl Street, Suite 100
                                                            Buffalo, New York 14202
                                                                    *Address*

                                                            rdutta@hodgsonruss.com
                                                                    *E-mail address*

                                                            716-848-1626
                                                                    *Telephone number*

                                                            716-819-4788
                                                                    *FAX number*