

300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone:  213-485-1500
Fax:  213-485-1200
www.lockelord.com

Rory S. Miller
Direct Telephone:  213-687-6753
Direct Fax:  213-341-6753
rory.miller@lockelord.com

April 14, 2022

**By E-File**

Honorable Lawrence J. Vilardo
United States District Judge
Deputy Clerk: Colleen M. Demma
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:   *Moog Inc. v. Skyryse, Inc., et al.,* Case No. 1:22-cv-00187-LJV-JJM

Dear Honorable Judge Vilardo:

    We write on behalf of defendants Alin Pilkington and Misook Kim (collectively, "Defendants"), pursuant to this Court's Standing Order on Adjournments and Enlargements of Time as well as Federal Rule of Civil Procedure 6(b)(1), to request an extension of time to file Defendants' reply brief in support of their pending Motion to Dismiss for Lack of Personal Jurisdiction or Improper Venue or, in the alternative, for Change of Venue to the Central District of California (Dkt. No. 47) (the "Reply Brief").  Defendants' deadline to file the Reply Brief is April 19, 2022.  Good cause exists for the requested extension of time because the upcoming Easter and Passover holidays have created scheduling conflicts for Defendants' counsel to prepare the Reply Brief.  Accordingly, Defendants respectfully request a three-day extension to file the Reply Brief to Friday, April 22, 2022.  Plaintiff Moog, Inc. consents to this request.

    We thank the Court for its consideration of Defendants' request.

Sincerely,

LOCKE LORD LLP

Rory S. Miller

RSM:kk

cc:   All Counsel of Record

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach

125692701v.1