# EXHIBIT C

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Josh A. Krevitt
Direct: +1 212.351.2490
Fax: +1 212.351.6390
JKrevitt@gibsondunn.com

CONFIDENTIAL

April 15, 2022

VIA E-MAIL

Travis Anderson
Kazim Naqvi
Sheppard Mullin
12275 El Camino Real, Suite 100
San Diego, CA 92130-4092

Re:   Moog's Efforts to Interfere with Skyryse's Supplier Relationships

Counsel:

I write on behalf of Skyryse to address Moog's apparent efforts to interfere with Skyryse's supplier relationships.

It has come to Skyryse's attention that Moog has improperly contacted certain aviation suppliers to threaten them in the event they work with Skyryse—including by threatening to terminate Moog's relationships with the suppliers if they also work with Skyryse. It has also come to Skyryse's attention that Moog has contacted certain aviation suppliers to discern whether they are working with Skyryse—presumably to determine whether to then take steps to interfere with any existing or prospective relationship between the supplier and Skyryse. These efforts by Moog to intentionally interfere with, and damage, Skyryse's existing and prospective relationships with aviation suppliers must cease immediately. If it does not, Skyryse will not hesitate to pursue legal action against Moog for this tortious conduct.

Of course, it should go without saying that the pending litigation between the parties involves both confidential and highly confidential information belonging to Skyryse and other defendants that must not be disclosed to—let alone used to interfere with Skyryse's relationships with—these suppliers or any other third parties.

Nothing herein shall constitute a waiver of Skyryse's rights, claims, or remedies, all of which are expressly reserved.

Sincerely,

Josh A. Krevitt

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.