# EXHIBIT  E



WHO WE ARE    WHAT WE DO    HOW WE DO IT    RESOURCES    CONTACT    LET'S TALK

## OUR TEAM








Julian Ackert
Managing Director

Moqas Amin
Digital Forensic Jr. Consultant

Mark Araujo
Senior Consultant, Discovery Services

Jennifer A. Brennan
Director of Legal, Risk & Compliance

Colleena Calhoun
Accounting Manager

Nicholas Clayton
Business Development Manager








Chris Conway
Chief Financial Officer (CFO)

Lisa Evans
Senior Manager of Client Engagement

Mark Guarnera
Chief Technology Officer (CTO)

Shameka Glover
Senior Executive Assistant & Executive Administrator

Hung Han
Forensic Consultant

Jon Hurwitz
Managing Consultant, Data Analytics








Mark Kaiross
Discovery Analyst

Jonathan Karchmer
Manager of Forensics Consulting

Pam Keller
Business Development Manager

Nitin Khanna
IT Administrator

Lindsey Kilgore
Business Development Manager

Robert Kirby
Director, Cybersecurity and Information Governance








Timothy Lesuippe, MSc.
Director, UK/EEA

Ken Marchese
Sr. Managing Consultant, Forensics

Hunter McMahon
Chief Operating Officer (COO)

Raymundo Mejo
Senior Consultant, Forensics

Grew O'Shaughnessy
Junior Consultant

Richard S. Ordemann
Managing Consultant








Jamil Patel
Managing Consultant

Mike Perelman
Director

Lucelle D. Porter
Director - Discovery Services

David Pratt
Senior Engagement Manager

Dan Regard
Founder and Chief Executive Officer (CEO)

Elizabeth Rivera
Operations Coordinator









WHO WE ARE   WHAT WE DO   HOW WE DO IT   RESOURCES   CONTACT   LET'S TALK

     

Timothy Lanatope, MSc
Director, UK/EEA

Ken Marchese
Sr. Managing Consultant, Forensics

Hunter McMahon
Chief Operating Officer (COO)

Raymundo Mejia
Senior Consultant, Forensics

Drew O'Shaughnessy
Junior Consultant

Richard S. Ordemann
Managing Consultant

     

Amit Patel
ging Consultant

Mike Perelman
Director

Lavelle D. Porter
Director, Discovery Services

David Pratt
Senior Engagement Manager

Dan Regard
Founder and Chief Executive Officer (CEO)

Elizabeth Rivers
Operations Coordinator

     

Daniel Rupprecht
Director, UK/EEA

Jonathan Sachs
Director of Sales and Marketing

Steven Scott, SFr, CySA+
Consultant

Walker Shealdy
Consultant, Discovery Services

Melissa Shillinglaw
Sr. Manager of Human Resources

Sapient Singh
Managing Consultant, Forensics

     

Sara Smith
r. Consultant

Tyler Soucy
Senior Consultant

Bill Taylor
Director, Investigations

Bruce Wenneick
Business Development Manager

James Vaughn
Managing Director

Bobby R. Williams, Jr.
Senior Managing Consultant



**AREAS OF SERVICE**
Compliance & Investigation
Cybersecurity
Digital Forensics
eDiscovery & Disclosure
Information Governance
Privacy
Structured Data & Analytics
Testimony

**RESOURCES**
Case Studies
Blog
Podcast
Let's Talk

**CONTACT**
info@idsinc.com
US: +1.800.813.4832
UK/EEA: +44 (0)20 8242 4130

Copyright © 2021 iDiscovery Solutions, Inc.  All Rights Reserved  ·  Privacy Policy

EN



WHO WE ARE    WHAT WE DO    HOW WE DO IT    RESOURCES    CONTACT    LET'S TALK



## WHAT WE DO

COMPLIANCE    CYBERSECURITY    DIGITAL FORENSICS    eDISCOVERY & DISCLOSURE    INFORMATION GOVERNANCE    PRIVACY    STRUCTURED DATA & ANALYTICS    TESTIMONY

**Your journey with iDS begins with our team of experts gaining an understanding of your objectives viewed through the lens of our STEPS™ framework.** In doing so, we are able to customize a strategic plan of action that is made to address your specific needs and desired outcome. This plan may include one or more of the following services listed below.



### COMPLIANCE (AND INVESTIGATIONS)

**With a myriad of regulatory requirements in the US and EU markets, the need for corporations to find better ways to leverage data is essential.** iDS works to evaluate existing systems and data, respond to immediate inquiries and design better mechanisms for the future. At our core, we are a company of problem solvers, utilizing the strategic use of technology to reach trans-formative outcomes for our clients.

*LEARN MORE ›*



### CYBERSECURITY

**As organizations shift to digital environments, their data is increasingly under threat.** A single incident can cause devastating organizational, financial, and reputational harm. iDS' cybersecurity services strengthen your security posture through expert-driven risk mitigation and incident response strategies - protecting your data with a customized approach that is tailored for your needs.

*LEARN MORE ›*



### DIGITAL FORENSICS

**Your data tells a story. Who created it, how it was created, and when it was created – giving you the opportunity to see a timeline that may have been previously hard to define.** Utilizing forensically sound methods that are repeatable and defensible, our team of consulting and subject matter experts can collect, assess, analyze, and identify data that needs to be preserved, in addition to providing testimony to support their findings.

*LEARN MORE ›*



### eDISCOVERY & DISCLOSURE

**Today, organizations of all sizes are producing increased volumes of data.** The challenge is finding ways to access, locate, collect and preserve it - showing who created it, how it was created, and when it was created. iDS tackles the challenge of unstructured data discovery & disclosure by leveraging our experience and analytics tools in a defensible, cost-efficient manner - ready to stand by our work and testify when needed.

*LEARN MORE ›*



### INFORMATION GOVERNANCE

**Maximize the value of your data while decreasing risk and reducing costs.** iDS can provide a tailored, comprehensive strategy for managing your business information systems over time, helping you develop everything from data maps and retention policies to specific plans designed to reduce your overall Data Footprint.



Document title: What We Do - iDiscovery Solutions
Capture URL: https://idsinc.com/what-we-do/
Capture timestamp (UTC): Mon, 18 Apr 2022 23:38:11 GMT



WHO WE ARE    WHAT WE DO    HOW WE DO IT    RESOURCES    CONTACT    LET'S TALK



## INFORMATION GOVERNANCE

**Maximize the value of your data while decreasing risk and reducing costs.** iDS can provide a tailored, comprehensive strategy for managing your business' information systems over time, helping you develop everything from data maps and retention policies to specific plans designed to reduce your overall Data Footprint.

*LEARN MORE >*



## PRIVACY

**When data subjects exercise their rights to request personally identifiable information (PII), locating the data is not the only challenge; reviewing and effectively turning over documents with maximum efficiency is paramount to control costs.** Maximize the time given to respond to Data Subject Access Requests (DSARs) by understanding where your data lives and how to implement a workflow tailored efficiently and cost effectively for a more streamlined production/disclosure..

*LEARN MORE >*



## STRUCTURED DATA & ANALYTICS

**Your organization has large volumes structured data that needs to be collected, preserved, processed, analyzed, reviewed, and ultimately produced.** iDS has the unique ability to provide collection solutions to meet your needs and obligations – vetted by individuals of diverse backgrounds with unique perspectives. Our unique approach and structured process allows you to meet obligations while creating an advantage for your client.

*LEARN MORE >*



## TESTIMONY

**At iDS, our consultative experts can provide subject matter expertise in areas as diverse as enterprise applications, email archives, and the technical operation of software and hardware systems – with the experience to testify on paper, in a deposition and in the courtroom.** When you need the right person to be the voice of your organization, along with the ability to stand behind the solutions they provide, the name to remember is iDS.

*LEARN MORE >*



Document title: What We Do - iDiscovery Solutions
Capture URL: https://idsinc.com/what-we-do/
Capture timestamp (UTC): Mon, 18 Apr 2022 23:38:11 GMT



WHO WE ARE   WHAT WE DO   HOW WE DO IT   RESOURCES   CONTACT   LET'S TALK

## ABOUT iDS

*Founded in 2008, iDS is a professional services consulting firm that specializes in Digital Forensics, e-Discovery, Structured Data, Cybersecurity, Data Privacy, and Information Governance.*

iDS is often called upon to provide expert opinions, or to serve as fact witnesses, PMK, 30(b)(6), or data neutral. Our case portfolio includes defense and plaintiff matters. The company CEO and Founder, Dan Regard, has served as special master on multiple occasions.

iDS has over 50 full-time employees working in multiple jurisdictions from the United Kingdom, to the U.S. East Coast, to the U.S. West Coast. Since its founding, iDS has worked on over 3,000 matters and on projects ranging from a single mobile device to cases involving 10,000, 40,000, or even 450,000 plaintiffs and billions of data records.

In addition to multiple awards from INC 5000 and other organizations, iDS has been honored as a Band One and Band Two consulting firm by Chambers and Partners. Our CEO and founder, Dan Regard, is also currently ranked as a Band One e-discovery consultant. iDS not only participated, but has an active leadership role in the Sedona Conference, the Electronic Discovery Institute (EDI), and the Georgetown Global Advanced Electronic Discovery Institute (AEDI). We also have one of the leading and most progressive pro-bono programs in e-Discovery.



### OUR MISSION

To provide our clients with a consultative experience that follows a structured process in order to provide customized solutions – giving them the opportunity to control the narrative, make informed decisions.

## HISTORY

*iDiscovery Solutions ("iDS") was founded in Washington, DC in 2008 by industry veterans with more than 50 years of litigation and consulting experience combined.*

Initial offerings from iDS included consulting, data analytics, processing and hosting of electronically stored information (ESI), in addition to providing expert services in the areas of electronic discovery, digital forensics, and enterprise applications.

From its inception the subject matter experts at iDS have been a sought-after resource, working side-by-side with their client's in-house and outside counsel, IT departments, and legal teams to collect and analyze data, develop proactive process improvements, and create cutting-edge strategies for both corporations and law firms.

Under the leadership of founder and CEO Dan Regard, iDS has developed into a global provider of consultative data solutions, with offices in Washington, D.C., California, Georgia, and London.

## COMMITMENT TO PRO BONO

*iDS believes that every person with a viable case deserves to have equal justice under the law.*

Electronically stored information (ESI) is a critical factor in multiple aspects of litigation. iDS believes that it is essential for all parties to have access to this type of evidence - including low income, disadvantaged, and other individuals or groups that are unable to secure legal assistance to address critical problems.

iDS is committed to collaborating with law firms, non-profit organizations, and corporate in-house legal departments to provide quality legal services through pro bono work that serves the low-income community, the disadvantaged, and others in need. iDS is committed to establishing an annual budget for pro bono matters. iDS is committed to treating pro bono work equivalently with billable client work in performance reviews and for compensation purposes. iDS is committed to ensuring all pro bono matters receive the highest quality of services. To achieve this, we selectively accept cases based on our ability to provide that service. Money should not be a barrier in receiving a fair trial. We tailor our services to match the law firm or organization representing the clients (i.e., if the attorney donates their services, iDS will also donate our time and expertise). Equal access to legal tech services should be available to all, regardless of income or circumstances.



Document title: About iDiscovery Solutions - Digital Forensics, e-Discovery, Data Privacy
Capture URL: https://idsinc.com/about/#tbp_content
Capture timestamp (UTC): Mon, 18 Apr 2022 23:37:06 GMT



WHO WE ARE    WHAT WE DO    HOW WE DO IT    RESOURCES    CONTACT    LET'S TALK

In addition to multiple awards from INC 5000 and other organizations, iDS has been honored as a Band One and Band Two consulting firm by Chambers and Partners. Our CEO and founder, Dan Regard, is also currently ranked as a Band One e-discovery consultant. iDS not only participated, but has an active leadership role in the Sedona Conference, the Electronic Discovery Institute (EDI), and the Georgetown Global Advanced Electronic Discovery Institute (AEDI). We also have one of the leading and most progressive pro-bono programs in e-Discovery.



## OUR MISSION

To provide our clients with a consultative experience that follows a structured process in order to provide customized solutions – giving them the opportunity to control the narrative, make informed decisions.

## HISTORY

*iDiscovery Solutions ("iDS") was founded in Washington, DC in 2008 by industry veterans with more than 50 years of litigation and consulting experience combined.*

Initial offerings from iDS included consulting, data analytics, processing and hosting of electronically stored information (ESI), in addition to providing expert services in the areas of electronic discovery, digital forensics, and enterprise applications.

From its inception the subject matter experts at iDS have been a sought-after resource, working side-by-side with their client's in-house and outside counsel, IT departments, and legal teams to collect and analyze data, develop proactive process improvements, and create cutting-edge strategies for both corporations and law firms.

Under the leadership of founder and CEO Dan Regard, iDS has developed into a global provider of consultative data solutions, with offices in Washington, D.C., California, Georgia, and London.

## COMMITMENT TO PRO BONO

*iDS believes that every person with a viable case deserves to have equal justice under the law.*

Electronically stored information (ESI) is a critical factor in multiple aspects of litigation. iDS believes that it is essential for all parties to have access to this type of evidence - including low income, disadvantaged, and other individuals or groups that are unable to secure legal assistance to address critical problems.

iDS is committed to collaborating with law firms, non-profit organizations, and corporate in-house legal departments to provide quality legal services through pro bono work that serves the low-income community, the disadvantaged, and others in need. iDS is committed to establishing an annual budget for pro bono matters. iDS is committed to treating pro bono work equivalently with bi.able client work in performance reviews and for compensation purposes. iDS is committed to ensuring all pro bono matters receive the highest quality of services. To achieve this, we selectively accept cases based on our ability to provide that service. Money should not be a barrier in receiving a fair trial. We tailor our services to match the law firm or organization representing the clients (i.e., if the attorney donates their services, iDS will also donate our time and expertise). Equal access to legal tech services should be available to all, regardless of income or circumstances.

