UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.                                                                        Case No.: 1:22-cv-00187

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

                Defendants.

---

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Plaintiff Moog Inc. ("Moog") respectfully submits this motion (the "Motion") for an order to file under seal:

1. Excerpts of Moog's April 19, 2022 letter to the Court (the "Letter"), and

2. Exhibit D to the Letter.

Moog requests that the material identified herein be sealed in its entirety.

This Motion is based on the Declaration of Melissa N. Subjeck, Esq. in Support of the Motion to Seal, which is filed separately under seal.

Date:  April 19, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
        *Attorneys for Plaintiff Moog Inc.*
        By:     s/Rena Andoh
            Rena Andoh
            Travis J. Anderson (admitted *pro hac vice*)
            Tyler E. Baker (admitted *pro hac vice*)
            Kazim A. Naqvi (admitted *pro hac vice*)
        30 Rockefeller Plaza
        New York, New York 10112
        Telephone:  (212) 653-8700

        and

        **HODGSON RUSS LLP**

        By:     s/Melissa N. Subjeck
            Robert J. Fluskey, Jr.
            Melissa N. Subjeck
            Pauline T. Muto
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202
        (716) 856-4000