UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC.,<br><br>    Plaintiff,<br><br> v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants. | Case No. 1:22-cv-00187-LVJ-JJM |

**DEFENDANT SKYRYSE'S NOTICE OF WITHDRAWAL OF ITS CONTINGENT MOTION TO DISMISS COUNTS I, II, V, VI, IX, AND X OF PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Skyryse hereby withdraws its Contingent Motion to Dismiss Counts I, II, V, VI, IX, and X of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), filed on March 29, 2022 (Dkt. 49).

Dated: April 25, 2022

              /s/ *Kate Dominguez*

              **HARRIS BEACH PLLC**
              Terrance P. Flynn
              726 Exchange Street, Suite 1000
              Buffalo, New York 14210
              (716) 200-5050
              tflynn@harrisbeach.com

              **GIBSON, DUNN & CRUTCHER LLP**
              Josh Krevitt, Esq. (Admitted *Pro Hac Vice*)
              Katherine Dominguez, Esq. (Admitted *Pro Hac Vice*)
              Ilissa Samplin, Esq. (Admitted *Pro Hac Vice*)
              Justine M. Goeke, Esq. (Admitted *Pro Hac Vice*)
              200 Park Avenue
              New York, NY 10166
              (212) 351-2338

JKrevitt@gibsondunn.com
KDominguez@gibsondunn.com
ISamplin@gibsondunn.com
JGoeke@gibsondunn.com

Attorneys for Defendant
SKYRYSE, INC.