UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC., <br><br> Plaintiff, <br><br> vs. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1 – 50, <br><br> Defendants. | Case No.: 1:22-cv-00187 (LJV) (JJM) <br><br> Honorable Lawrence J. Vilardo |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Skyryse, Inc. in the above-captioned action:

>Gabriel S. Gross
>Latham & Watkins LLP
>140 Scott Drive
>Menlo Park, CA 94025
>Telephone: (650) 328-4600
>Facsimile: (650) 463-2600
>Email: gabe.gross@lw.com

Dated: May 4, 2022

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Gabriel S. Gross
Gabriel S. Gross
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: gabe.gross@lw.com

*Attorneys for Defendant Skyryse, Inc.*