UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1 – 50,<br><br>        Defendants. | Case No.: 1:22-cv-00187 (LJV) (JJM)<br><br>Honorable Lawrence J. Vilardo |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1(c), the attached Admission Sponsor Affidavit and other supporting documents, counsel moves the admission *pro hac vice* of Joseph H. Lee of Latham & Watkins LLP, 650 Town Center Drive 20th Floor Costa Mesa, CA 92626-1925, to represent Defendant Skyryse, Inc. in this matter.

Dated: May 5, 2022

Respectfully submitted,

**LATHAM & WATKINS LLP**

/s/ Gabriel S. Gross
Gabriel S. Gross
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: gabe.gross@lw.com

*Attorneys for Defendant Skyryse, Inc.*