UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　　　　Defendants. | Case No. 1:22-cv-00187-LVJ-JJM<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE, that Alexander A. Truitt of Winget, Spadafora & Schwartzberg, LLP hereby appears as counsel in this matter for Defendants Robert Alin Pilkington and Misook Kim. I hereby certify that I am admitted to practice in this Court.

Dated: New York, New York
May 10, 2022

　　　　　　　　　　　　　　　　　　　　WINGET, SPADAFORA &
　　　　　　　　　　　　　　　　　　　　SCHWARTZBERG, LLP


　　　　　　　　　　　　　　　　　　　　*/s/ Alexander A. Truitt*
　　　　　　　　　　　　　　　　　　　　Alexander A. Truitt
　　　　　　　　　　　　　　　　　　　　45 Broadway, 32nd Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　Tel: (212) 221-6900
　　　　　　　　　　　　　　　　　　　　Truitt.a@wssllp.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Robert Alin*
　　　　　　　　　　　　　　　　　　　　*Pilkington and Misook Kim.*