UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.                                                                                        Case No.: 1:22-cv-00187

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

                Defendants.

---

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Plaintiff Moog Inc. ("Moog") respectfully submits this motion (the "Motion") for an order to file under seal:

1. Excerpts of Moog's Motion for Adoption and Entry of the Proposed Inspection Protocol (the "Motion"), and

2. Exhibit H to the Motion.

In accordance with the defendants' confidentiality designations, and this Court's sealing of the April 26, 2022 transcript, Moog requests that the material identified herein be sealed in its entirety. Moog reserves its rights to file a motion to unseal certain transcripts and related documents, including the materials subject to this motion.

This Motion is based on the Declaration of Melissa N. Subjeck, Esq. in Support of the Motion to Seal, which is filed separately under seal.

Date: May 11, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
        *Attorneys for Plaintiff Moog Inc.*

        By:    s/Rena Andoh
            Rena Andoh
            Travis J. Anderson (admitted *pro hac vice*)
            Tyler E. Baker (admitted *pro hac vice*)
            Kazim A. Naqvi (admitted *pro hac vice*)
        30 Rockefeller Plaza
        New York, New York 10112
        Telephone: (212) 653-8700

and

        **HODGSON RUSS LLP**

        By:    s/Melissa N. Subjeck
            Robert J. Fluskey, Jr.
            Melissa N. Subjeck
            Reetuparna Dutta
            Pauline T. Muto
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202
        (716) 856-4000