UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                           Plaintiff,<br><br>   v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>                           Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM<br><br>**NOTICE OF MOTION FOR AN ORDER ADOPTING FORENSIC PROTOCOL** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, together with Exhibit A, the undersigned hereby moves this Court on behalf of Defendant Skyryse, Inc. ("Skyryse") for an Order adopting and entering Skyryse's proposed forensic protocol.

Dated: May 11, 2022         /s/ Gabriel S. Gross
                            **LATHAM & WATKINS LLP**

                            Douglas E. Lumish (Admitted *Pro Hac Vice*)
                            Gabriel S. Gross
                            140 Scott Drive
                            Menlo Park, California 94025
                            Telephone: (650) 328-4600
                            Facsimile: (650) 463-2600
                            Email: doug.lumish@lw.com
                                    gabe.gross@lw.com

                            Joseph H. Lee (Admitted *Pro Hac Vice*)
                            650 Town Center Drive
                            20th Floor
                            Costa Mesa, California 92626
                            Telephone: (714) 540-1235
                            Facsimile: (714) 755-8290
                            Email: joseph.lee@lw.com

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com

Counsel for Defendant Skyryse, Inc.