UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>      Defendants. | Case No. 1:22-cv-00187-LVJ-JJM |

**NOTICE, STIPULATION, AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS PILKINGTON AND KIM**

  Pursuant to Rule 83.2 of the Local Civil Rules for the United States District Court for the Western District of New York, the undersigned hereby stipulate and consent to the substitution of the law firm Winget, Spadafora & Schwartzberg LLP, by and through its attorneys Alexander A. Truitt and Anthony D. Green in the above-captioned action in place and instead of the law firm of Locke Lord LLP, and its attorneys Joseph Nicholas Froehlich, Rory S. Miller, William C. Mullen, and Mitchell J. Popham.  Please take notice that all filings in this matter should be served upon counsel at the address set forth for incoming counsel.  A supporting declaration pursuant to Local Civil Rule 83.2 is being submitted herewith.  The undersigned hereby request this Court to so-order the substitution.

Dated: New York, New York
May 10, 2022

LOCKE LORD LLP

/s/ Rory S. Miller
Rory S. Miller
300 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Tel: (213) 485-1500

*Outgoing Counsel for Defendants Robert Alin Pilkington and Misook Kim.*

WINGET, SPADAFORA & SCHWARTZBERG, LLP

/s/ Alexander A. Truitt
Alexander A. Truitt
Anthony D. Green
45 Broadway, 32nd Floor
New York, NY 10006
Tel: (212) 221-6900

*Incoming Counsel for Defendants Robert Alin Pilkington and Misook Kim.*

LATHAM & WATKINS, LLP

/s/ *Gabriel S. Gross*
Gabriel S. Gross
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 463-2633

*Counsel for Defendant Skyryse, Inc.*

Robert Alin Pilkington

Misook Kim

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ *Rena Andoh*
Rena Andoh
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700

*Counsel for Plaintiff Moog, Inc.*

Dated: New York, New York
May 10, 2022

| | |
|---|---|
| LOCKE LORD LLP | WINGET, SPADAFORA & SCHWARTZBERG, LLP |

Rory S. Miller
300 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Tel: (213) 485-1500

*Outgoing Counsel for Defendants Robert Alin Pilkington and Misook Kim.*

Alexander A. Truitt
Anthony D. Green
45 Broadway, 32nd Floor
New York, NY 10006
Tel: (212) 221-6900

*Incoming Counsel for Defendants Robert Alin Pilkington and Misook Kim.*

LATHAM & WATKINS, LLP

Douglas E. Lumish
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 463-2633

*Counsel for Defendant Skyryse, Inc.*

Robert Alin Pilkington

Misook Kim

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Rena Andoh
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700

*Counsel for Plaintiff Moog, Inc.*

SO ORDERED:

By: _____
United States District Judge

Dated: Buffalo, NY

    _____, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>                Defendants. | Case No. 1:22-cv-00187-LVJ-JJM |

## DECLARATION RORY S. MILLER IN SUPPORT OF NOTICE, STIPULATION, AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS PILKINGTON AND KIM

I, Rory S. Miller, swear or affirm as follows:

1. I am an active member in good standing of the bar of the State of California, admitted in this case *pro hac vice* and an attorney at the law firm Locke Lord LLP ("Locke Lord").

2. Defendants Robert Alin Pilkington and Misook Kim are currently represented in the above-captioned action by Locke Lord, and I am one of the attorneys of record for defendants Robert Alin Pilkington and Misook Kim.

3. I submit this declaration in support of the notice, stipulation, and [proposed] order to substitute the law firm of Winget, Spadafora & Schwartzberg, LLP and its attorney Anthony Green as the attorneys of record for defendants Robert Alin Pilkington and Misook Kim in this action in place and instead of their current counsel at Locke Lord.

4. A notice of appearance of successor counsel has been filed.

2

5. No trial has been scheduled, and pursuant to the letter submitted by Plaintiff Moog, Inc. on May 4, 2022, Moog likewise seeks to amend the Stipulation and Proposed Order Re Expedited Discovery Procedures and Briefing Schedule for Preliminary Injunction Motion for reasons independent of the requested substitution of counsel. The substitution of new counsel is not expected to materially affect the schedule. No Case Management Order has been entered.

6. Robert Alin Pilkington and Misook Kim have consented to the substitution of attorneys.

7. All counsel of record have executed the Notice, Stipulation, and [Proposed] Order accompanying this declaration.

I declare under the penalty of perjury that the information provided above is true and correct to the best of my knowledge, information, and belief.

Dated: May 10, 2022

_____
Rory S. Miller