UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>       Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM<br><br>**DECLARATION OF GABRIEL S. GROSS IN SUPPORT OF MOTION TO COMPEL TRADE SECRET IDENTIFICATION** |

I, Gabriel S. Gross, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in support of Skyryse's Motion to Compel Trade Secret Identification.

3. Attached as Exhibit A is a true and correct copy of Moog Inc.'s Responses to Defendant Skyryse, Inc.'s First Set of (Expedited) Interrogatories, dated April 13, 2022.

4. Attached as Exhibit B is true and correct copy of a letter served by counsel for Skyryse on May 26, 2022.

5. Attached as Exhibit C is a true and correct copy of a letter served by counsel for Moog on May 27, 2022.

6. Attached as Exhibit D is a true and correct copy of email correspondence from counsel for Moog dated June 6, 2022.

- 2 -

7. Attached as Exhibit E is a true and correct copy of email correspondence from counsel for Moog dated June 10, 2022.

8. Attached as Exhibit F is true and correct copy of a letter served by counsel for Moog on April 19, 2022.

9. On at least May 20, 2022, May 31, 2022, and June 9, 2022, counsel for Skyryse met and conferred with counsel for Moog to discuss, among other issues, Moog's unwillingness to identify its alleged trade secrets with particularity. These discussions are reflected in the written correspondence between counsel, described above.

Dated:   June 21, 2022

s/ *Gabriel S. Gross*<br>Gabriel S. Gross