UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

                Defendants.

Case No.: No. 22-cv-00187

**NOTICE OF MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS**

---

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, Motion to Compel Disclosures, Declaration of Rena Andoh, together with all exhibits to those declarations and affidavits, and upon the Complaint and all proceedings had herein, pursuant to the Court's minute order dated June 16, 2022 (ECF 164), Plaintiff Moog Inc. ("Moog") by and through their undersigned counsel, Sheppard, Mullin, Richter & Hampton, LLP, and Hodgson Russ LLP, hereby move this Court for an order requiring defendant Skyryse, Inc. ("Skyryse") to, within 7 days of the Court's order:

1. Skyryse to fully answer under oath the four questions set forth in Moog's June 16, 2022 letter to the Court and for which the Court ordered Skyryse to answer such questions;

2. Skyryse to produce all source code responsive to Moog's Interrogatory No. 1 to iDS;

3. Skyryse to produce the two categories of Moog documents identified in its Opposition brief filed on June 14, 2022 (ECF 156);

SMRH:4867-8272-2854.1          -1-

4. Skyryse to provide responses agreeing to produce all non-privileged documents responsive to Moog's RFPs Nos. 8-10, and production of such documents; and

5. Skyryse to provide complete and verified responses to Moog's Special Interrogatories Nos. 6-8.

Dated:  New York, New York
        June 30, 2022

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
*Attorneys for Plaintiff Moog Inc.*

By:     s/Rena Andoh
        Rena Andoh
        Travis J. Anderson (admitted *pro hac vice*)
        Tyler E. Baker (admitted *pro hac vice*)
        Kazim A. Naqvi (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 653-8700

and

**HODGSON RUSS LLP**

By:     s/Robert J. Fluskey, Jr.
        Robert J. Fluskey, Jr.
        Melissa N. Subjeck
        Reetuparna Dutta
        Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone:  (716) 856-4000