# EXHIBIT E

**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Tuesday, June 21, 2022 2:49 PM
**To:** SKYRYSEMOOG.LWTEAM@lw.com; Gabe.Gross@lw.com; Doug.Lumish@lw.com
**Cc:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; MSubjeck@hodgsonruss.com; RFluskey@hodgsonruss.com; tflynn@harrisbeach.com
**Subject:** Moog/Skyryse - Production of Documents

Counsel:

Skyryse's Opposition to Moog's Motion to Compel filed on June 14, 2022 states the following:

- "With Mr. Lee's consent, Skyryse's outside counsel has obtained copies of his photos and videos and is in the process of producing all Moog-related photos and/or videos to Moog." (p. 17).
- "Eric Chung has a personal repository, likely a Dropbox cloud account, in which he may have python code he wrote while employed by Moog around 2013 or 2014." (p. 18).
- "the investigation indicated that Tri Dao has photos or videos on his personal phone taken during his work at Moog." (p. 18).

To our knowledge, we have not received any of the above-referenced documents, photos, or videos. Please provide a date certain when these files will be produced to us. If they have been produced, please identify them.

Thank you,
Kazim

**Kazim A. Naqvi**
+1 424-288-5336 | direct
KNaqvi@sheppardmullin.com | Bio

**Sheppard**Mullin
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main
www.sheppardmullin.com | LinkedIn | Twitter