# EXHIBIT F

**From:** Ryan.Banks@lw.com <Ryan.Banks@lw.com>
**Sent:** Monday, June 27, 2022 7:38 PM
**To:** Kazim Naqvi <KNaqvi@sheppardmullin.com>; Doug.Lumish@lw.com; Gabe.Gross@lw.com
**Cc:** SKYRYSEMOOG.LWTEAM@lw.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; RFluskey@hodgsonruss.com; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** RE: Moog/Skyryse - Outstanding Items

Kazim,

I write to respond to your email below. As you know, we have already responded elsewhere to the majority of the issues raised in your email. Nonetheless, for completeness, we will reiterate those answers here.

2. As we have explained several times, we have supplemented the interrogatories for which supplemental information exists. Should new information come to light, we will of course continue to supplement as necessary. With respect to your allegation that Skyryse's response to Moog's Interrogatory No. 9 was not substantively supplemented, we find your allegation puzzling as our response identified additional devices directly in response to your interrogatory.

3. We substantively responded to the issues regarding Skyryrse employees' personal devices in our letter on June 24.

4. We are continuing to investigate what relevant information Skyryse is able to collect and produce on behalf of individual employees from their personal devices. With respect to Mr. Lee, Skyryse has obtained copies of his Moog-related photos and videos. We currently estimate that we will be able to produce these documents this week. With respect to Mr. Chung and Mr. Dao, we are again continuing our investigation and will update when we have more information to share.

5. Skyryrse supplemented its Response to Moog's Integratory No. 3 on Friday, June 24 and therefore by your own suggestion, no extension is necessary.

Best,
Ryan

**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Friday, June 24, 2022 12:55 PM
**To:** Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>
**Cc:** #C-M SKYRYSE - MOOG - LW TEAM <SKYRYSEMOOG.LWTEAM@lw.com>; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; Fluskey Jr., Robert J. <RFluskey@hodgsonruss.com>; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** Moog/Skyryse - Outstanding Items

Counsel:

I am writing to follow up on a number of outstanding items that Skyryse has either not responded to and/or has not substantively gotten back to us on.

I will first note that we have made considerable efforts to respond timely (generally within 24 hours) to each and every one of Skyryse's e-mails, requests to meet and confer, etc. We have gotten on the phone with you to meet and confer on short notice. To our knowledge, there is no e-mail from Skyryse that has gone unanswered or remains outstanding. On the other hand, there are e-mails and issues raised to Skyryse that go weeks without a response. We do not suggest that every e-mail requires an immediate response and we are mindful of everyone's schedules, but Skyryse must be circumspect about Moog diligently meeting and conferring about discovery issues in good faith when Skyryse is not reciprocating. We request that going forward, given the large team it has in place, Skyryse be more diligent about communicating on discovery issues.

1. We only just received today, 17 days later, a response to my June 7 e-mail regarding Skyryse's positions on certain of Moog's RFPs (attached). We disagree with Kelley's e-mail from today and will respond under separate cover.

2. We have not received any response to my June 16 e-mail regarding Skyryse's responses to Moog's Interrogatories Nos. 6-8 and 9 (attached). We advised that we intended to move to compel on these responses and asked Skyryse to confirm whether or not it would change its positions. We have heard nothing, so we will move to compel next week.

3. On June 17, Mr. Gross advised he would get back to us on the issues presented in my June 16 e-mail regarding preservation and searching of Skyryse employees' personal devices (attached). We have heard nothing since then.

4. We have received no response to my June 22 e-mail (attached) regarding the production of Moog data that was disclosed in Skyryse's recently-filed opposition brief.

5. While Kelley's e-mail just now responded to certain portions of my June 22 e-mail (attached), it did not address Skyryse's timing of supplementing its response to Interrogatory No. 3. We have proposed a number of times that both sides receive 7 days from the production of any discovery responses or documents after Friday to move to compel. We have heard nothing from you.

Please advise on each of the foregoing as soon as possible.

Thank you,
Kazim

**Kazim A. Naqvi**
+1 424-288-5336 | direct
KNaqvi@sheppardmullin.com | Bio

## SheppardMullin

1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main

www.sheppardmullin.com | LinkedIn | Twitter