# EXHIBIT H

**From:** Kazim Naqvi
**Sent:** Tuesday, June 7, 2022 8:00 PM
**To:** 'Kelley.Storey@lw.com' <Kelley.Storey@lw.com>; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; Tyler Baker <TBaker@sheppardmullin.com>
**Cc:** Doug.Lumish@lw.com; Gabe.Gross@lw.com; Joseph.Lee@lw.com; Cassandra.Baloga@lw.com; Ryan.Banks@lw.com; SKYRYSEMOOG.LWTEAM@lw.com; green.a@wssllp.com; truitt.a@wssllp.com; msubjeck@hodgsonruss.com; rfluskey@hodgsonruss.com; PMuto@hodgsonruss.com; rdutta@hodgsonruss.com; tflynn@harrisbeach.com
**Subject:** RE: Moog v. Skyryse, No. 22-cv-187 (W.D.N.Y.)

Counsel:

Thank you for meeting and conferring yesterday regarding outstanding issues related to Moog's RFPs. This e-mail summarizes our call. Please advise if anything is incorrect.

For RFPs Nos. 1, 3, 4, 11, Skyryse confirmed that it will not be withhold non-privileged responsive documents subject to its objections.

For RFP No. 5, Skyryse represented that it conducted a search across its systems for "Moog" and that all such hits were produced on June 2.

For RFP No. 6, Skyryse confirmed it has or would produce any documents maintained in the ordinary course that refer to the four devices at issue, including if referred to by serial number, as well as any connection logs showing activity related to these devices.

For RFP Nos. 8-10, Skyryse expressed concerns that the phrase "flight control software" is undefined. Upon further review of these RFPs and consideration of Skyryse's concern, we believe the requests are sufficiently clear and well-defined, especially given the examples provided after the "including, but not limited to" phrase and given the definition of "Source Code" elsewhere in the requests.

Moreover, our understanding is that the *only* products Skyryse develops relate to flight control. For example, Skyryse has stated in multiple filings that it is a small company with approximately 70 employees and that its product is "FlightOS," a flight control operating system. This is not a situation where Skyryse develops many different products that it needs to sift through in order to identify the product relevant to this case. If our understanding is incorrect, and Skyryse does develop products beyond those for flight control, please let us know and provide us with specific examples. During our call, when we asked for clarification on your concerns, you provided an example of "hardware components that do not directly relate to the control of flight." But our understanding is that no such hardware components exist at Skyryse—i.e., *all* the hardware for which Skyryse develops software relates to flight control. Likewise, if that is incorrect, please let us know and provide us with specific examples. Unless you can identify what software Skyryse develops that is *not* related to flight control (again, we do not believe this exists), we would ask that Skyryse provide a copy of all of its software (including Source Code) at least as of specific dates, namely, November 30, 2021, December 31, 2021, February 28, 2022, and March 6, 2022. We note that given the volume and breadth of information that was stolen (over 1.3 million files, covering numerous programs, file types, etc.), any aspect of Skyryse's software can be infected with Moog's information.

For RFP No. 10, I confirmed that the three buckets of documents requested are:
- Deletion logs and versioning from software versioning and revision control systems
- Deletion logs and versioning from test tools
- Software function names

I can also confirm that to the extent Skyryse has made a fulsome and complete production of its source code, that data would likely include the software function names responsive to RFP No. 10.

Thank you,
Kazim


**Kazim Naqvi**
**SheppardMullin** | Los Angeles
+1 424-288-5336 | ext. 15336