UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>     Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>     Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM |

## NOTICE OF MOTION TO COMPEL PRODUCTION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Motion to Compel Production, Memorandum of Law, and Declaration of Julianne Osborne, together with all exhibits, Defendant Skyryse, Inc., by and through its undersigned counsel, Latham & Watkins LLP, hereby moves this Court for an order requiring Plaintiff Moog Inc. to produce documents responsive to Skyryse's Requests for Production Nos. 5, 11, and 15:

- No. 5: All Documents and Communications relating to any confidentiality obligations owed to You by Your employees, Your customers, and/or Your suppliers, including, without limitation, Your efforts to investigate compliance with, and enforcement of, those confidentiality obligations.

- No. 11: All Documents and Communications regarding Moog's internal research, programs, and projects related to automated helicopter flight, including but not limited to, the cessation of any research, programs, and projects.

- No. 15: All Documents relating to Your efforts to maintain the secrecy of the alleged Trade Secrets, including without limitation (i) Documents sufficient to identify all

Persons who have accessed the alleged Trade Secrets; and (ii) Documents sufficient to show the confidentiality obligations of each such Person to You.

In accordance with Local Rule 7(a)(1), Skyryse reserves the right to file and serve reply papers. Skyryse respectfully requests that the hearing on Skyryse's Motion take place during the conference already scheduled on July 15, 2022, or at the Court's earliest convenience, and that Moog's opposition brief be due on July 11, 2022 and Skyryse's reply brief, on July 13, 2022.

Dated: June 30, 2022    /s/ Gabriel S. Gross
**LATHAM & WATKINS LLP**

Douglas E. Lumish (Admitted *Pro Hac Vice*)
Gabriel S. Gross
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
          gabe.gross@lw.com

Joseph H. Lee (Admitted *Pro Hac Vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: joseph.lee@lw.com

Julianne C. Osborne (Admitted *Pro Hac Vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Fax: (415) 395-8095
Email: julianne.osborne@lw.com

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com

Counsel for Defendant Skyryse, Inc.

2