UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

                Defendants.

---

Case No.: 1:22-cv-00187

## **DECLARATION OF RENA ANDOH**

RENA ANDOH, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. My name is Rena Andoh. I am a partner at Sheppard, Mullin, Richter & Hampton LLP. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff Moog Inc. ("Moog") and I provide this declaration in support of Moog's Opposition to Skyryse's Motion to Compel Production of Documents

2. Attached as Exhibit "A" is a true and correct copy of Moog's Responses to Skyryse's First Set of Requests for Production of Documents, served on April 13, 2022.

3. Attached as Exhibit "B" is a true and correct copy of correspondence between Moog's counsel and Skyryse's counsel from June 24 to 28, 2022.

-2-

4.      Attached as Exhibit "C" are the documents Moog produced in response to Skyryse's RFP No. 11, produced in this litigation as "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL AND EXPERTS' EYES ONLY" and bates numbers MOOG0020503, 20513, 20523, 20524, 20552, 20555.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Dated:   July 11, 2022

                                                                                      */s/ Rena Andoh*
                                                                                        Rena Andoh