UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50. <br><br> Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM <br><br> **DECLARATION OF RYAN BANKS IN SUPPORT OF DEFENDANT SKYRYSE, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL WRITTEN DISCOVERY RESPONSES AND PRODUCTION OF DOCUMENTS** |

I, Ryan Banks, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. ("Skyryse"). I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in support of Skyryse's Opposition to Plaintiff's Motion to Compel Written Discovery Responses and Production of Documents.

3. Attached hereto as Exhibit A is a true and correct copy of the hearing transcript of proceedings before Magistrate Judge Jeremiah J. McCarthy, dated June 16, 2022.

4. Attached hereto as Exhibit B is a true and correct copy of correspondence between counsel for Skyryse and counsel for Moog, dated June 24, 2022.

5. Attached hereto as Exhibit C is a true and correct copy of a proposed source code protocol counsel for Skyryse proposed to counsel for Moog.

6. Attached hereto as Exhibit D is a true and correct copy of the Northern District

of California's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets, which can be accessed at https://www.cand.uscourts.gov/forms/model-protective-orders/. Last accessed July 11, 2022.

7.   Attached hereto as Exhibit E is a true and correct copy of the Eastern District of California's Sample Protective Order for Patent Cases, which can be accessed at https://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap. Last accessed July 11, 2022.

8.   Attached hereto as Exhibit F is a true and correct copy of email correspondence between counsel for Moog and counsel for Skyryse, dated July 7, 2022.

9.   Attached hereto as Exhibit G is a true and correct copy of an email sent by counsel for Moog to the Magistrate Judge Jeremiah J. McCarthy, dated June 29, 2022.

Dated:   July 11, 2022

Ryan Banks