# Exhibit F

| | |
|---|---|
| **From:** | Kazim Naqvi <KNaqvi@sheppardmullin.com> |
| **Sent:** | Thursday, July 7, 2022 9:07 PM |
| **To:** | Gross, Gabriel (Bay Area); #C-M SKYRYSE - MOOG - LW TEAM; Lumish, Douglas (Bay Area) |
| **Cc:** | Travis Anderson; MSubjeck@hodgsonruss.com; Muto, Pauline T.; Lai Yip; RFluskey@hodgsonruss.com; Rena Andoh; tflynn@harrisbeach.com |
| **Subject:** | Moog/Skyryse - Document Production |
| **Attachments:** | Mimecast Large File Send Instructions |

I'm using Mimecast to share large files with you. Please see the attached instructions.

Counsel:

Please find attached a Mimecast link for Moog's document production, Bates range MOOG0028272 - MOOG0028323.

Please let me know if there are any technical issues.

Thank you,
Kazim

**Kazim A. Naqvi**
+1 424-288-5336 | direct
KNaqvi@sheppardmullin.com | Bio

## SheppardMullin

1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main
www.sheppardmullin.com | LinkedIn | Twitter