UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>       Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM<br><br>**[PROPOSED] ORDER** |

  Before the Court is Plaintiff Moog Inc.'s Motion to Compel Written Discovery Responses and Production of Documents (ECF 176).  Having considered the parties' papers in support of and opposition thereto, argument of counsel, and good cause appearing therefore, the Court hereby orders as follows:

  1. Moog's motion is DENIED.

  2. Skyryse's proposed source code review protocol (submitted as Ex. C to Skyryse's Opposition to Moog's Motion) is hereby adopted and ORDERED by the Court, and is incorporated by reference as if fully set forth herein.

Dated: _____

                                  The Honorable Jeremiah J. McCarthy
                                  United States Magistrate Judge