UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                              Plaintiff,<br><br>       v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>                              Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM<br><br>**NOTICE OF MOTION TO SEAL** |

PLEASE TAKE NOTICE that Defendant Skyryse, Inc. respectfully submits this motion for an order to file under seal limited excerpts of Skyryse's Reply In Support of its Motion to Compel Production, filed on July 13, 2022.

Excerpts of Skyryse's Reply contain information which Plaintiff Moog, Inc. has designated as Confidential. Specifically, Skyryse's Reply quotes portions of Moog's interrogatory responses (ECF 166-3), which counsel for Moog has designated as "Confidential." In accordance with Moog's confidentiality designations, Skyryse requests that these portions of Skyryse's Reply be sealed.

This Motion is based on the Declaration of Arman Zahoory in Support of the Motion to Seal.

Dated: July 13, 2022           By:  /s/ *Gabriel S. Gross*

**LATHAM & WATKINS LLP**

Douglas E. Lumish (Admitted *Pro Hac Vice*)
Gabriel S. Gross
140 Scott Drive
Menlo Park, California 94025

Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
      gabe.gross@lw.com

Joseph H. Lee (Admitted *Pro Hac Vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: 714-755-8290
Email: joseph.lee@lw.com

and

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com