# Exhibit A

**From:** Kazim Naqvi
**Sent:** Wednesday, August 3, 2022 11:19 AM
**To:** 'Ryan.Banks@lw.com' <Ryan.Banks@lw.com>; julianne.osborne@lw.com; Doug.Lumish@lw.com; Gabe.Gross@lw.com; SKYRYSEMOOG.LWTEAM@lw.com
**Cc:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; msubjeck@hodgsonruss.com; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** RE: Moog v. Skyryse - SanDisk Cruzer Devices

Counsel:

The bases for Moog's demands for the 9 laptop images and missing SanDisk Cruzer devices is laid out in detail in my July 25 e-mail.

The statements in the e-mail below directly contradict the contents of the May 4 letter from Skyryse's prior counsel. The May 4 letter states that based on Skyryse's "investigation into the device connection history of the imaged Skyryse-issued devices," "it appears that Moog information may have been accessed on Skyryse-issued laptops *via personal USB devices held by Alin Pilkington or Misook Kim*." The May 4 letter mentions nothing about these devices being used by Skyryse's IT personnel or belonging to other another Skyryse employee. The table on page 7 of the May 4 letter shows detailed connection history with the three devices at issue to nine Skyryse laptops. The facts stated in the letter show that the three SanDisk Cruzer devices belonged to Pilkington and Kim, and that Moog information was likely accessed on the nine Skyryse laptops at issue. There is no fishing expedition--Skyryse placed these devices at issue in the May 4 letter, not Moog.

Notably, the e-mail below is silent regarding SanDisk Cruzer Device 80FC319F, which Moog's expert has discovered was wiped clean by Misook Kim on March 10 (three days after the lawsuit was filed), and was connected to the laptop of at least one Skyryse employee, Mario Brenes. The e-mail below also does not verify that there is no Moog confidential information on any of the nine laptops at issue. And, Skyryse has indicated that it has possession of the two missing SanDisk Cruzer devices (55D28D65 and EC979D10) but is refusing to turn them over despite being expressly discussed at length in Skyryse's own May 4 letter. We renew our demand that the 9 laptops and two SanDisk Cruzer devices in Skyryse's possession and discussed at length in Skyryse's May 4 letter be immediately turned over to iDS.

Moog raised this issue with Skyryse on July 25 and with the Court on July 27. Skyryse waiting until late on August 2 to respond with a complete refusal is apparently designed to prevent Moog from filing its motion on schedule. While we are prepared to further meet and confer on this issue (and can update the Court if any resolution is reached), we will be moving to compel these devices today.

Thank you,
Kazim

**Kazim Naqvi**
**Sheppard**Mullin | Los Angeles
+1 424-288-5336 | ext. 15336

**From:** Ryan.Banks@lw.com <Ryan.Banks@lw.com>
**Sent:** Tuesday, August 2, 2022 6:40 PM
**To:** Kazim Naqvi <KNaqvi@sheppardmullin.com>; julianne.osborne@lw.com; Doug.Lumish@lw.com; Gabe.Gross@lw.com; SKYRYSEMOOG.LWTEAM@lw.com
**Cc:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; msubjeck@hodgsonruss.com; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** RE: Moog v. Skyryse - SanDisk Cruzer Devices

Counsel:

We write in response to Moog's July 25 correspondence.

Moog's continued insistence on performing fishing expeditions is not well taken, particularly in expedited discovery. The purpose of expedited discovery is to quickly get at the heart of the issues, not to demand 10+ additional devices be turned over to iDS, despite Moog failing to provide any evidentiary basis that these devices ever contained Moog-confidential information. Skyryse has satisfied its requirements to produce devices to iDS consistent with the March 11 Stipulation.

As you acknowledge, we explained in our May 4 letter that "Moog information may have been accessed on Skyryse-issued laptops via personal USB devices held by Alin Pilkington or Misook Kim," but the additional devices Moog now seeks are not personal USB devices held by Alin Pilkington or Misook Kim. Rather, our investigations confirmed that one of the SanDisk Cruzer devices (55D28D65), was used by Skyryse's IT personnel for IT purposes such as setting up new employee laptops. The second SanDisk Cruzer device (EC979D10) was a personal USB belonging to another Skyryse employee, not Pilkington or Kim. Our investigations to date have not indicated that either of these USB devices ever contained Moog-confidential information. As you know, the only materials that need to be produced to iDS are those with a mix of Moog and Skyryse confidential information. Moog's demand for these devices, let alone Moog's further demands for nine laptops that may be been connected to these USB devices, is baseless.

We remain available to meet and confer, but in order to have a productive meet and confer, we request that Moog provide in writing the basis for its demands that any of these 10+ devices are properly within the scope of what is to be produced to iDS.

Best,
Ryan


**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Monday, August 1, 2022 8:15 PM
**To:** Osborne, Juli (Bay Area) <julianne.osborne@lw.com>; Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; #C-M SKYRYSE - MOOG - LW TEAM <SKYRYSEMOOG.LWTEAM@lw.com>
**Cc:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; msubjeck@hodgsonruss.com; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** RE: Moog v. Skyryse - SanDisk Cruzer Devices

Thanks, Juli. Please find the subpoenas attached.

We also have not heard back regarding the other requests in my July 25 e-mail, including turnover of the 9 referenced laptops to iDS. Please advise.

Best,
Kazim

**Kazim Naqvi**
**SheppardMullin** | Los Angeles
+1 424-288-5336 | ext. 15336

**From:** julianne.osborne@lw.com <julianne.osborne@lw.com>
**Sent:** Monday, August 1, 2022 3:44 PM
**To:** Kazim Naqvi <KNaqvi@sheppardmullin.com>; Doug.Lumish@lw.com; Gabe.Gross@lw.com; SKYRYSEMOOG.LWTEAM@lw.com
**Cc:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; msubjeck@hodgsonruss.com; RFluskey@hodgsonruss.com; pmuto@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** RE: Moog v. Skyryse - SanDisk Cruzer Devices

Kazim,

We write to confirm that we will accept service of Moog's subpoenas on behalf of Sathya Achar, Mario Brenes, Lawrence Chow, Santiago Correa-Mejia, Cynthia Le, and John Stafford.

Best,
Juli

**Julianne Osborne**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8160

**From:** Osborne, Juli (Bay Area)
**Sent:** Wednesday, July 27, 2022 7:46 PM
**To:** 'Kazim Naqvi' <KNaqvi@sheppardmullin.com>; Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; #C-M SKYRYSE - MOOG - LW TEAM <SKYRYSEMOOG.LWTEAM@lw.com>
**Cc:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; msubjeck@hodgsonruss.com; Fluskey Jr., Robert J. <RFluskey@hodgsonruss.com>; pmuto@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** RE: Moog v. Skyryse - SanDisk Cruzer Devices

Kazim,

Your demand that we advise by today whether we agree to accept service of subpoenas on behalf of Achar, Brenes, Chow, Correa-Mejia, Le, and Stafford is unreasonable. Skyryse is in the process of contacting these individuals to ask if they are amenable to the Company accepting service on their behalf, but as we have explained, it is difficult to guarantee responses on two-business days' notice. We are working on getting you a response as expeditiously as possible and will follow up once we have connected with the six individuals. Regarding your additional demands, we are investigating the issues raised in your email and will respond in due course.

Thanks,
Juli

**From:** Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Sent:** Monday, July 25, 2022 11:05 AM
**To:** Lumish, Douglas (Bay Area) <Doug.Lumish@lw.com>; Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>; #C-M SKYRYSE - MOOG - LW TEAM <SKYRYSEMOOG.LWTEAM@lw.com>
**Cc:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; msubjeck@hodgsonruss.com; Fluskey Jr., Robert J. <RFluskey@hodgsonruss.com>; pmuto@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com; truitt.a@wssllp.com
**Subject:** Moog v. Skyryse - SanDisk Cruzer Devices

Counsel:

We write to meet and confer regarding Skyryse's apparent failure to turn over relevant electronic devices to iDS, based on our experts' review of the iDS materials.

In Skyryse's May 4 letter, Skyryse acknowledges that "it appears that Moog information may have been accessed on Skyryse-issued laptops via personal USB devices held by Alin Pilkington or Misook Kim." (p. 6). Skyryse then provided a table on page 7 that apparently "reflects connection to SanDisk Cruzer devices that, based on the index prepared by iDS and shared with the parties, may have been delivered to iDS by individual defendants Misook Kim and Alin Pilkington." (p. 7).

There are three devices for which Skyryse provided VSN (Volume Serial Numbers): 55D28D65, 80FC319F, and EC979D10. Notably, Skyryse did not provide any VSN for device connections involving Host Serial FM1W5J3, which belongs to custodian Sathya Achar. So it is unclear whether there are additional USB devices involved other than the three VSN provided.

While Skyryse claims that certain "SanDisk Cruzer devices" were delivered to iDS by Kim and/or Pilkington, there were only two SanDisk devices that were turned over by Kim (E0013 and E0024). Only one of the two SanDisk devices (E0013) matches one of the VSN in Skyryse's chart (80FC319F). It has become apparent that Kim wiped that device and then formatted it on March 22, 2022, so there is no recoverable data on that drive. That same drive was plugged into Mario Brenes' computer (Host Serial: J54MD5K).

Perhaps of most concern is that none of the Dell computers listed in Skyryse's table (that were connected to the SanDisk Cruzer devices at issue) have been turned over to Skyryse, except those belonging to Kim and Pilkington. Specifically, Skyryse has not turned over:

1. Dell Latitude 9520 belonging to Sathya Achar (Host Serial FM1W5J3);
2. Dell Latitude 9520 belonging to Mario Brenes (Host Serial J54MDK);
3. Dell Latitude 9520 belonging to Lawrence Chow (Host Serial HSYLDK3);
4. Dell Latitude 9520 belonging to Eric Chung (Host Serial C1DD6J3);
5. Dell Latitude 9520 belonging to Santiago Correa-Mejia (Host Serial 174LDK3);
6. Dell Latitude 9520 belonging to Tri Dao (Host Serial JGNV5J3);
7. Dell Latitude 9520 belonging to Cynthia Le (Host Serial 4S8LDK3);
8. Dell Latitude 9520 belonging to John Stafford (Host Serial CRGD6J3); and
9. Dell Latitude 9520 belonging to Alex Wang (Host Serial 80RMDK).

While it appears that Skyryse may have done some basic searching for data from the SanDisk Cruzer drives, Moog has been prevented from understanding what Moog data was being accessed on the above-referenced 9 devices (and the relevant connection/activity history). Further, two out of the three SanDisk devices (55D28D65 and EC979D10) have not been turned over to iDS by any party. Skyryse represents in the May 4 letter that the SanDisk Cruzer devices "are not in the possession of Skyryse, based on our investigation to date."

Based on the foregoing, Moog demands as follows:

1. Skyryse turn over to iDS the above-referenced 9 computers within 7 days;
2. Skyryse confirm its prior representation that the two missing SanDisk Cruzer devices (55D28D65 and EC979D10) have not been located despite Skyryse's ongoing investigation, within 48 hours; and
3. Moog's subpoenas served to Messrs. Gunderson, Dao, and Lee encompass return of the missing SanDisk Cruzer devices (55D28D65 and EC979D10) or any other SanDisk Cruzer device that contains Moog information. Specifically, RFP No. 1 requests: "All Documents and Communications that refer or relate to any Moog Confidential Information." And, RFP No. 6 requests: "All system logs, device logs, connection logs, and deletion logs, from January 1, 2021 to present, for any electronic device that contains or has ever contained Moog Confidential Information." We request that Skyryse confirm within 7 days that it will search for the missing SanDisk Cruzer devices or any other device that contains Moog information within the subpoenaed parties' possession, custody or control as part of complying with the subpoenas.

Finally, we will be serving subpoenas to Achar, Brenes, Chow, Correa-Mejia, Le, and Stafford to request turnover of the missing SanDisk Cruzer devices (55D28D65 and EC979D10), among other things. Please advise on or before July 27 if you will agree to accept service on their behalf and will be representing them in their individual capacity.

Thank you,
Kazim

**Kazim A. Naqvi**
+1 424-288-5336 | direct
KNaqvi@sheppardmullin.com | Bio

**Sheppard**Mullin

1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
+1 310-228-3700 | main
[www.sheppardmullin.com](http://www.sheppardmullin.com) | LinkedIn | Twitter