UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                              Plaintiff,

v.                                                        Case No. 1:22-cv-00187

SKYRYSE, INC., ROBERT ALIN PILKINGTON,
MISOOK KIM, and DOES NOS. 1-50,

                              Defendants.

---

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Plaintiff Moog Inc. ("Moog") respectfully submits this motion (the "Motion") for an order to file under seal:

1. Excerpts of Plaintiff's Motion to Compel Discovery Necessary for Further Trade Secret Identification, filed August 3, 2022 ("Motion to Compel"),

2. Excerpts of the Declaration of Bruce W. Pixley filed in Support of the Motion to Compel ("Pixley Declaration"),

3. Excerpts of the Declaration of Kevin M. Crozier filed in Support of the Motion to Compel ("Crozier Declaration"),

4. Exhibit B to the Declaration of Rena Andoh filed in Support of the Motion to Compel ("Andoh Declaration"),

5. Excerpts of Plaintiff's Letter Brief on Source Code Search Protocols, filed August 3, 2022 ("Letter Brief"), and

6. Exhibit 2 to the Letter Brief.

- 2 -

This Motion is based on the Declaration of Robert Fluskey, Esq. in Support of the Motion to Seal, which is filed separately under seal.

Date:  August 3, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
        *Attorneys for Plaintiff Moog Inc.*

        By:  s/Rena Andoh
            Rena Andoh
            Travis J. Anderson (admitted *pro hac vice*)
            Tyler E. Baker (admitted *pro hac vice*)
            Kazim A. Naqvi (admitted *pro hac vice*)
        30 Rockefeller Plaza
        New York, New York 10112
        Telephone:  (212) 653-8700

        and

        **HODGSON RUSS LLP**

        By:  s/Robert J. Fluskey, Jr.
            Robert J. Fluskey, Jr.
            Melissa N. Subjeck
            Reetuparna Dutta
            Pauline T. Muto
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202
        (716) 856-4000