EXHIBIT E

# REDACTED – FILED UNDER SEAL