UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM |

### NOTICE OF MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF

**PLEASE TAKE NOTICE THAT** Defendant Skyryse, Inc. respectfully submits this motion for leave to submit a supplemental brief in connection with its pending Motion to Dismiss or, Alternatively, to Transfer Venue (ECF No. 48, amended at ECF No. 117). This Motion is based on the Declaration of Julianne Osborne and Memorandum in Support of the Motion filed herewith.

Dated: August 9, 2022                         /s/ Gabriel S. Gross

**LATHAM & WATKINS LLP**

Douglas E. Lumish (Admitted *Pro Hac Vice*)
Gabriel S. Gross
Arman Zahoory (Admitted *Pro Hac Vice*)
Ryan Banks (Admitted *Pro Hac Vice*)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Email: doug.lumish@lw.com
　　　　 gabe.gross@lw.com
　　　　 arman.zahoory@lw.com
　　　　 ryan.banks@lw.com

Joseph H. Lee (Admitted *Pro Hac Vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: joseph.lee@lw.com

Julianne C. Osborne (Admitted *Pro Hac Vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: julianne.osborne@lw.com

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com

Counsel for Defendant Skyryse, Inc.