UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>       Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM |

### DECLARATION OF JULIANNE OSBORNE IN SUPPORT OF MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF

I, Julianne Osborne, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in Support of Skyryse's Motion for Leave to file a Supplemental Brief In Support of its pending Motion to Dismiss or, Alternatively, to Transfer Venue. (ECF No. 48, amended at ECF No. 117.)

3. Attached as Exhibit A is Skyryse's [Proposed] Supplemental Brief In Support of its Motion to Dismiss or, Alternatively, to Transfer Venue.

4. Attached as Exhibit B is a true and correct copy of excerpts of the transcript of proceedings held before the Court on August 4, 2022.

5. Attached as Exhibit C is the [Proposed] Supplemental Declaration of Julianne Osborne In Further Support of Skyryse's Motion to Dismiss or, Alternatively, to Transfer Venue.

- 2 -

      a.      Attached as Exhibit 1 to the Supplemental Declaration is a true and correct copy of excerpts of the transcript of proceedings held before the Court on August 4, 2022.

      b.      Attached as Exhibit 2 to the Supplemental Declaration is a true and correct copy of a letter sent by counsel for Moog to the Court's chambers on June 10, 2022.

      c.      Attached as Exhibit 3 to the Supplemental Declaration is a true and correct copy of email correspondence from counsel for Moog to counsel for Skyryse dated August 5, 2022.

Dated:      August 9, 2022

                                            Julianne C. Osborne