# Exhibit B

```
                                                                    1

1                    UNITED STATES DISTRICT COURT

2                    WESTERN DISTRICT OF NEW YORK

3

    - - - - - - - - - - - - - - - X
4   MOOG INC.,                     )      22-CV-187
                    Plaintiff   )
5   vs.
                                          Buffalo, New York
6   SKYRYSE, INC., et al          )      August 4, 2022
                    Defendant.
7   - - - - - - - - - - - - - - - X
    DISCOVERY HEARING
8   Proceeding held via Zoom for Government Platform
    All parties appeared remotely.
9   Transcribed from audio of Zoom for Government Platform

10                    TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
11                UNITED STATES MAGISTRATE JUDGE

12
    FOR PLAINTIFF: SHEPPHARD MULLIN RICHETER & HAMPTON, LLP
13                 BY: RENA ANDOH, ESQ.
                       LAI YIP, ESQ.
14                     KAZIM A. NAQVI, ESQ.
                       TRAVIS ANDERSON, ESQ.
15                          -and-
                   HODGSON RUSS, LLP
16                 BY: ROBERT J. FLUSKEY, JR, ESQ.
                       PAULINE MUTO, ESQ.
17
    FOR DEFENDANT:  LATHAM & WATKINS, LLP
18                  BY: DOUGLAS E. LUMISH, ESQ.
                        GABRIEL S. GROSS, ESQ.
19                      KELLEY STOREY, ESQ.
                        CASSANDRA M. BALOGA, ESQ.
20                      JULIANNE CATHERINE OSBORNE, ESQ.
                        RYAN T. BANKS, ESQ.
21                      JOSEPH LEE, ESQ.
                        ARMAN ZAHOORY, ESQ.
22
    FOR DEFENDANT
23  PILKINGTON/KIM: WINGET, SPADAFORA & SCHWARTZBERG, LLP
                    BY: ALEXANDER ASHER TRUITT, ESQ.
24                      ANTHONY D. GREEN, ESQ.
                        ANNABEL MIRALES, ESQ.
25  COURT REPORTER: Karen J. Clark, Official Court Reporter
                    Karenclark1013@AOL.com
```

```
 1                MOOG, INC. VS. SYRYSE, INC, ET AL
 2   well, let me ask a preliminary question first.  Skyryse
 3   is in California, correct?
 4               MR. GROSS:  Yes, your Honor, (inaudible)
 5   California, Central District.
 6               MAGISTRATE JUDGE MCCARTHY:  The individual
 7   Defendants are in California, correct?
 8               MR. GREEN:  That is correct, your Honor.
 9               MAGISTRATE JUDGE MCCARTHY:  When they were
10   working for Moog, were they in California?
11               MR. GREEN:  Yes, they were.
12               MAGISTRATE JUDGE MCCARTHY:  So, we now have
13   a criminal investigation in California that may or may
14   not result in criminal charges, and we have a civil case
15   in New York, as to which motions are pending before
16   Judge Vilardo for either dismissal for lack of
17   jurisdiction or for transfer of venue.  In light of the
18   criminal developments, does anybody intend to supplement
19   those motions and bring this information to Judge
20   Vilardo's attention?  Because, frankly, and I have not
21   studied those issues, but if we stay in New York on the
22   civil case and we've got a criminal investigation in
23   California, that may or may not result in criminal
24   charges.  If it does, I presume those charges are going
25   to be brought in California.  I'm just wondering in
```

```
 1                    MOOG, INC. VS. SYRYSE, INC, ET AL
 2     terms of judicial efficiency, what is the best way to
 3     proceed.  Those motions are not before me, but it seems
 4     to me somebody may want to bring these developments to
 5     Judge Vilardo's attention.  If anybody wants to react to
 6     that, you're welcome to, or, if you chose not to, that
 7     is your prerogative as well.
 8                    MR. GROSS:  Your Honor, this is Mr. Gross
 9     for Skyryse.  And I appreciate you bringing up the
10     issue.  It's a little sensitive.  We understand the
11     confidentiality concerns around any government
12     investigation, which Skyryse, of course, respects.  It
13     is our understanding that an investigation by the
14     Government in the Central District of California, if it
15     were to lead to charges, would be to charges there.  And
16     we think it's important the Court, and you obviously
17     understand, that there are these other proceedings
18     pending in that jurisdiction.  So, we would like a
19     little time to think about if and when and whether to
20     formally raise the issue with Judge Vilardo.  I know
21     that the two proceedings, while they have some factual
22     overlap, are not technically related, but we appreciate
23     the time to think about it.
24                    MAGISTRATE JUDGE MCCARTHY:  How can they not
25     be related?
```