# Exhibit 1

```
                   UNITED STATES DISTRICT COURT

                   WESTERN DISTRICT OF NEW YORK


- - - - - - - - - - - - - - - X
MOOG INC.,                     )    22-CV-187
                Plaintiff  )
vs.
                                    Buffalo, New York
SKYRYSE, INC., et al       )    August 4, 2022
                Defendant.
- - - - - - - - - - - - - - - X
```

**DISCOVERY HEARING**
**Proceeding held via Zoom for Government Platform**
**All parties appeared remotely.**
**Transcribed from audio of Zoom for Government Platform**

```
                TRANSCRIPT OF PROCEEDINGS
      BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
             UNITED STATES MAGISTRATE JUDGE


FOR PLAINTIFF: SHEPPHARD MULLIN RICHETER & HAMPTON, LLP
               BY: RENA ANDOH, ESQ.
                   LAI YIP, ESQ.
                   KAZIM A. NAQVI, ESQ.
                   TRAVIS ANDERSON, ESQ.
                       -and-
               HODGSON RUSS, LLP
               BY: ROBERT J. FLUSKEY, JR, ESQ.
                   PAULINE MUTO, ESQ.

FOR DEFENDANT:  LATHAM & WATKINS, LLP
                BY: DOUGLAS E. LUMISH, ESQ.
                    GABRIEL S. GROSS, ESQ.
                    KELLEY STOREY, ESQ.
                    CASSANDRA M. BALOGA, ESQ.
                    JULIANNE CATHERINE OSBORNE, ESQ.
                    RYAN T. BANKS, ESQ.
                    JOSEPH LEE, ESQ.
                    ARMAN ZAHOORY, ESQ.

FOR DEFENDANT
PILKINGTON/KIM: WINGET, SPADAFORA & SCHWARTZBERG, LLP
                BY: ALEXANDER ASHER TRUITT, ESQ.
                    ANTHONY D. GREEN, ESQ.
                    ANNABEL MIRALES, ESQ.
```
**COURT REPORTER: Karen J. Clark, Official Court Reporter**
                  **Karenclark1013@AOL.com**

```
 1                   MOOG, INC. VS. SYRYSE, INC, ET AL
 2       well, let me ask a preliminary question first.  Skyryse
 3       is in California, correct?
 4                   MR. GROSS:  Yes, your Honor, (inaudible)
 5       California, Central District.
 6                   MAGISTRATE JUDGE MCCARTHY:  The individual
 7       Defendants are in California, correct?
 8                   MR. GREEN:  That is correct, your Honor.
 9                   MAGISTRATE JUDGE MCCARTHY:  When they were
10       working for Moog, were they in California?
11                   MR. GREEN:  Yes, they were.
12                   MAGISTRATE JUDGE MCCARTHY:  So, we now have
13       a criminal investigation in California that may or may
14       not result in criminal charges, and we have a civil case
15       in New York, as to which motions are pending before
16       Judge Vilardo for either dismissal for lack of
17       jurisdiction or for transfer of venue.  In light of the
18       criminal developments, does anybody intend to supplement
19       those motions and bring this information to Judge
20       Vilardo's attention?  Because, frankly, and I have not
21       studied those issues, but if we stay in New York on the
22       civil case and we've got a criminal investigation in
23       California, that may or may not result in criminal
24       charges.  If it does, I presume those charges are going
25       to be brought in California.  I'm just wondering in
```

```
 1                  MOOG, INC. VS. SYRYSE, INC, ET AL
 2   terms of judicial efficiency, what is the best way to
 3   proceed.  Those motions are not before me, but it seems
 4   to me somebody may want to bring these developments to
 5   Judge Vilardo's attention.  If anybody wants to react to
 6   that, you're welcome to, or, if you chose not to, that
 7   is your prerogative as well.
 8               MR. GROSS:  Your Honor, this is Mr. Gross
 9   for Skyryse.  And I appreciate you bringing up the
10   issue.  It's a little sensitive.  We understand the
11   confidentiality concerns around any government
12   investigation, which Skyryse, of course, respects.  It
13   is our understanding that an investigation by the
14   Government in the Central District of California, if it
15   were to lead to charges, would be to charges there.  And
16   we think it's important the Court, and you obviously
17   understand, that there are these other proceedings
18   pending in that jurisdiction.  So, we would like a
19   little time to think about if and when and whether to
20   formally raise the issue with Judge Vilardo.  I know
21   that the two proceedings, while they have some factual
22   overlap, are not technically related, but we appreciate
23   the time to think about it.
24               MAGISTRATE JUDGE MCCARTHY:  How can they not
25   be related?
```