# Exhibit 2



**Robert J. Fluskey, Jr.**
Partner
Direct Dial: 716.848.1688
rfluskey@hodgsonruss.com

June 10, 2022

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Judge McCarthy:

      Re:   <u>Moog Inc. v. Skyryse, Inc. et al. (Case No. 1:22-cv-00187)</u>

      Hodgson Russ LLP and Sheppard, Mullin, Richter & Hampton LLP represent Moog Inc. ("Moog"). A Special Agent of the Federal Bureau of Investigations (FBI) has requested that Moog provide the FBI with unredacted versions of the transcripts from the April 26 and May 5 conferences before Your Honor. We understand that this request was made in connection with an ongoing federal investigation into the files taken from Moog that are the subject of this lawsuit. As the Court is aware, these transcripts are provisionally sealed subject to the outcome of applications made to unseal them that are pending before the Court.

      In light of the FBI's request, we respectfully request that the Court unseal the transcripts at this time for the limited purpose of providing the FBI with copies. If the Court would prefer a formal application on the docket, we will file one.

                                 Respectfully

                                   Rob Fluskey