UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                         Plaintiff,<br><br>                v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>                         Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM |

## [PROPOSED] ORDER

On August 9, 2022, Defendant Skyryse, Inc. moved this Court for an order granting Skyryse leave to submit a supplemental brief in connection with its pending Motion to Dismiss or, Alternatively, to Transfer Venue (ECF No. 48, amended at ECF No. 117). Having considered the Motion for Leave and all papers filed in support of and opposition thereto, and good cause appearing therefor, the Court hereby orders as follows:

1. Skyryse's motion is GRANTED.

2. Within five days of this order, Skyryse shall file its Supplemental Brief in Support of Skyryse's Motion to Dismiss or, Alternatively, to Transfer Venue attached as Exhibit A to the Declaration of Julianne Osborne and supporting Exhibits 1, 2, and 3.

Dated: _____

                                                                                  The Honorable Jeremiah J. McCarthy
                                                                                   United States Magistrate Judge