UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                        Plaintiff,<br><br>                v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>                      Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM |

**<u>SUPPLEMENTAL DECLARATION OF JULIANNE OSBORNE IN FURTHER SUPPORT OF SKYRYSE'S MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE</u>**

I, Julianne Osborne, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in Support of Skyryse's Supplemental Brief In Support of its Motion to Dismiss or, Alternatively, to Transfer Venue. (ECF No. 48, amended at ECF No. 117.)

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript of proceedings held before the Court on August 4, 2022.

4. Attached as Exhibit 2 to this declaration is a true and correct copy of a letter sent by counsel for Moog to the Court's chambers on June 10, 2022.

5. Attached as Exhibit 3 to this declaration is a true and correct copy of email correspondence from counsel for Moog to counsel for Skyryse dated August 5, 2022.

- 2 -

Dated:     August 9, 2022

                                              Julianne C. Osborne