UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                                        Plaintiff,

     v.                                           Case No. 1:22-cv-00187

SKYRYSE, INC., ROBERT ALIN PILKINGTON,
MISOOK KIM, and DOES NOS. 1-50,

                                      Defendants.

---

## NOTICE OF MOTION FOR CLARIFICATION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Plaintiff's Emergency Motion for Clarification of the Court's Order at ECF 216 and the Declaration of Rena Andoh, with Exhibits, Plaintiff Moog Inc. ("Moog"), by and through its undersigned counsel, Sheppard, Mullin, Richter & Hampton, LLP and Hodgson Russ LLP, hereby moves this Court for an order clarifying that the temporary stay on "pending discovery deadlines" does not apply to the production of documents under Section IV.1 of the Inspection Protocol.

Moog respectfully requests that Skyryse be ordered to file an opposition to the Motion for Clarification by August 18, and that this matter be heard on an expedited basis during the already-scheduled hearing on August 25. Moog is prepared to waive a reply brief.

- 2 -

Date:  August 11, 2022

        **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
*Attorneys for Plaintiff Moog Inc.*

By: \_\_\_\_s/Rena Andoh_____
      Rena Andoh
      Travis J. Anderson (admitted *pro hac vice*)
      Tyler E. Baker (admitted *pro hac vice*)
      Kazim A. Naqvi (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 653-8700

and

**HODGSON RUSS LLP**

By: \_\_\_\_s/Robert J. Fluskey, Jr._____
      Robert J. Fluskey, Jr.
      Melissa N. Subjeck
      Reetuparna Dutta
      Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000