UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                    Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON,
MISOOK KIM, and DOES NOS. 1-50,

                    Defendants.

Case No. 1:22-cv-00187

---

# DECLARATION OF RENA ANDOH

RENA ANDOH, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1. My name is Rena Andoh. I am a partner at Sheppard, Mullin, Richter & Hampton LLP. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff Moog Inc. ("Moog") and I provide this declaration in support of Moog's Emergency Motion for Clarification of the Court's Order at ECF 216.

2. Attached as Exhibit "A" is a true and correct copy of e-mail correspondence between counsel for all Parties and iDS on August 2, 2022.

3. Attached as Exhibit "B" is a true and correct copy of e-mail correspondence between counsel for all Parties and iDS on August 4, 2022.

4. Attached as Exhibit "C" is a true and correct copy of e-mail correspondence between counsel for Moog and Skyryse between August 4 and 9, 2022.

-2-

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Dated:   August 11, 2022

*/s/ Rena Andoh*
Rena Andoh