# Exhibit A

**Exhibit A**

**From:** Lai Yip <LYip@sheppardmullin.com>
**Sent:** Tuesday, August 2, 2022 5:15 PM
**To:** SKYRYSEMOOG.LWTEAM@lw.com; Cassandra.Baloga@lw.com; Arman.Zahoory@lw.com; Kelley.Storey@lw.com; tflynn@harrisbeach.com
**Cc:** truitt.a@wssllp.com; green.a@wssllp.com; mireles.a@wssllp.com; Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>; Tyler Baker <TBaker@sheppardmullin.com>; Mike Kim <MSKim@sheppardmullin.com>; James Salem <JSalem@sheppardmullin.com>; rfluskey@hodgsonruss.com; pmuto@hodgsonruss.com
**Subject:** Moog v. Skyryse/Request for Production Pursuant to Inspection Protocol

Counsel for Skyryse,

Pursuant to the Inspection Protocol, Section IV.1, we request production of the following data from Skyryse device E0028: all chat communications dated between December 14, 2021 (UTC) and March 14, 2022 (UTC), inclusive, between Alin Pilkington and Lori Bird (identified as +1 801 557 0486) in the file Users/alinpilkington/Library/Messages/chat.db.

Regards,

**Lai L. Yip**
+1 415-774-3147 | direct
LYip@sheppardmullin.com | Bio

**Sheppard**Mullin
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
+1 415-434-9100 | main
www.sheppardmullin.com | LinkedIn | Twitter