UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                        Plaintiff,

    v.                                              Case No. 1:22-cv-00187

SKYRYSE, INC., ROBERT ALIN PILKINGTON,
MISOOK KIM, and DOES NOS. 1-50,

                        Defendants.

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Restored Access to the Individual Defendants' Devices and the Declaration of Robert J. Fluskey, Jr., with Exhibits, Plaintiff Moog Inc. ("Moog"), by and through its undersigned counsel, Sheppard, Mullin, Richter & Hampton, LLP and Hodgson Russ LLP, hereby moves this Court for an order restoring Moog's access to the devices of Robert Alin Pilkington and Misook Kim (the "Individual Defendants").

Moog submits this Motion for Restored Access in accordance with the instructions set forth in the Court's August 4, 2022 Order. (ECF 216). By Court Order, the Individual Defendants must file their opposition, if any, by August 15, 2022.

- 2 -

Date:  August 11, 2022

          **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
*Attorneys for Plaintiff Moog Inc.*

By:   s/Rena Andoh
      Rena Andoh
      Travis J. Anderson (admitted *pro hac vice*)
      Tyler E. Baker (admitted *pro hac vice*)
      Kazim A. Naqvi (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 653-8700

and

**HODGSON RUSS LLP**

By:   s/Robert J. Fluskey, Jr.
      Robert J. Fluskey, Jr.
      Melissa N. Subjeck
      Reetuparna Dutta
      Pauline T. Muto
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
(716) 856-4000

16281826v1