Exhibit C

| | |
|---|---|
| **From:** | Anthony Green <green.a@wssllp.com> |
| **Sent:** | Monday, June 13, 2022 8:48 AM |
| **To:** | Jeremiah McCarthy; Gabe.Gross@lw.com; Fluskey Jr., Robert J.; NYWDml_McCarthy PpO |
| **Cc:** | RAndoh@sheppardmullin.com; LYip@sheppardmullin.com; TBaker@sheppardmullin.com; KNaqvi@sheppardmullin.com; Subjeck, Melissa N.; Dutta, Reetuparna; 'tflynn@harrisbeach.com'; 'doug.lumish@lw.com'; Cassandra.Baloga@lw.com; Kelley.Storey@lw.com; 'SKYRYSEMOOG.LWTEAM@lw.com'; 'truitt.a@wssllp.com'; 'green.a@wssllp.com'; 'joseph.lee@lw.com'; Muto, Pauline T. |
| **Subject:** | RE: Moog/Skyryse - 22-cv-187 (Application Regarding Sealed Transcripts) |

**External Email - Use Caution**

No objection from the individual defendants, your Honor.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Jeremiah McCarthy <Jeremiah_McCarthy@nywd.uscourts.gov>
Date: 6/13/22 8:23 AM (GMT-05:00)
To: Gabe.Gross@lw.com, RFluskey@hodgsonruss.com, NYWDml_McCarthy PpO <mccarthy@nywd.uscourts.gov>
Cc: RAndoh@sheppardmullin.com, LYip@sheppardmullin.com, TBaker@sheppardmullin.com, KNaqvi@sheppardmullin.com, MSubjeck@hodgsonruss.com, "rdutta_hodgsonruss.com" <rdutta@hodgsonruss.com>, 'tflynn@harrisbeach.com', 'doug.lumish@lw.com', Cassandra.Baloga@lw.com, Kelley.Storey@lw.com, 'SKYRYSEMOOG.LWTEAM@lw.com', 'truitt.a@wssllp.com', 'green.a@wssllp.com', 'joseph.lee@lw.com', pmuto@hodgsonruss.com
Subject: RE: Moog/Skyryse - 22-cv-187 (Application Regarding Sealed Transcripts)

Any objection by the individual defendants?



Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202
TEL: (716) 551-1880
FAX: (716) 551-1885

---

**From:** Gabe.Gross@lw.com <Gabe.Gross@lw.com>
**Sent:** Friday, June 10, 2022 5:40 PM

1

**To:** Jeremiah McCarthy <Jeremiah_McCarthy@nywd.uscourts.gov>; RFluskey@hodgsonruss.com; NYWDml_McCarthy PpO <mccarthy@nywd.uscourts.gov>
**Cc:** RAndoh@sheppardmullin.com; LYip@sheppardmullin.com; TBaker@sheppardmullin.com; KNaqvi@sheppardmullin.com; MSubjeck@hodgsonruss.com; rdutta_hodgsonruss.com <rdutta@hodgsonruss.com>; 'tflynn@harrisbeach.com'; 'doug.lumish@lw.com'; Cassandra.Baloga@lw.com; Kelley.Storey@lw.com; 'SKYRYSEMOOG.LWTEAM@lw.com; 'truitt.a@wssllp.com'; 'green.a@wssllp.com'; 'joseph.lee@lw.com'; pmuto@hodgsonruss.com
**Subject:** RE: Moog/Skyryse - 22-cv-187 (Application Regarding Sealed Transcripts)

**CAUTION - EXTERNAL:**

Dear Judge McCarthy:

No objection from Defendant Skyryse.

Yours,

Gabe

---

**From:** Jeremiah McCarthy <Jeremiah_McCarthy@nywd.uscourts.gov>
**Date:** Friday, Jun 10, 2022, 1:47 PM
**To:** Fluskey Jr., Robert J. <RFluskey@hodgsonruss.com>, NYWDml_McCarthy PpO <mccarthy@nywd.uscourts.gov>
**Cc:** RAndoh@sheppardmullin.com <RAndoh@sheppardmullin.com>, LYip@sheppardmullin.com <LYip@sheppardmullin.com>, TBaker@sheppardmullin.com <TBaker@sheppardmullin.com>, 'Kazim Naqvi' <KNaqvi@sheppardmullin.com>, Subjeck, Melissa N. <MSubjeck@hodgsonruss.com>, rdutta_hodgsonruss.com <rdutta@hodgsonruss.com>, 'tflynn@harrisbeach.com' <'tflynn@harrisbeach.com'>, 'doug.lumish@lw.com' <'doug.lumish@lw.com'>, Baloga, Cassandra (NY) <Cassandra.Baloga@lw.com>, Storey, Kelley (DC) <Kelley.Storey@lw.com>, 'SKYRYSEMOOG.LWTEAM@lw.com <'SKYRYSEMOOG.LWTEAM@lw.com>, 'truitt.a@wssllp.com' <'truitt.a@wssllp.com'>, 'green.a@wssllp.com' <'green.a@wssllp.com'>, Gross, Gabriel (Bay Area) <Gabe.Gross@lw.com>, 'joseph.lee@lw.com' <'joseph.lee@lw.com'>, Muto, Pauline T. <pmuto@hodgsonruss.com>
**Subject:** RE: Moog/Skyryse - 22-cv-187 (Application Regarding Sealed Transcripts)

Any objection from defendants? I personally don't see anything in these transcripts that warrants continued sealing.



Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202
TEL: (716) 551-1880
FAX: (716) 551-1885

---

**From:** Fluskey Jr., Robert J. <RFluskey@hodgsonruss.com>
**Sent:** Friday, June 10, 2022 4:43 PM
**To:** NYWDml_McCarthy PpO <mccarthy@nywd.uscourts.gov>
**Cc:** RAndoh@sheppardmullin.com; LYip@sheppardmullin.com; TBaker@sheppardmullin.com; 'Kazim Naqvi' <KNaqvi@sheppardmullin.com>; Subjeck, Melissa N. <MSubjeck@hodgsonruss.com>; rdutta_hodgsonruss.com <rdutta@hodgsonruss.com>; 'tflynn@harrisbeach.com'; 'doug.lumish@lw.com'; cassandra.baloga@lw.com;

2

kelley.storey@lw.com; 'SKYRYSEMOOG.LWTEAM@lw.com; 'truitt.a@wssllp.com'; 'green.a@wssllp.com'; gabe.gross@lw.com; 'joseph.lee@lw.com'; Muto, Pauline T. <pmuto@hodgsonruss.com>
**Subject:** Moog/Skyryse - 22-cv-187 (Application Regarding Sealed Transcripts)

**CAUTION - EXTERNAL:**

Your Honor:

I have attached correspondence regarding a request for limited relief from the current seal orders.

Respectfully,

Rob Fluskey

**Robert J. Fluskey**
Partner
Hodgson Russ LLP

Tel:      716.848.1688
Mobile:   914.523.9966
Fax:      716.819.4718

The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

website | vCard | bio | email

This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.