# EXHIBIT D

17:27:33  1                UNITED STATES DISTRICT COURT

          2                WESTERN DISTRICT OF NEW YORK

          3  **\*\*\*SEALED TRANSCRIPT\*\*\*\***
             - - - - - - - - - - - - - - - - X
          4  MOOG INC.,                          )      22-CV-187
                                 Plaintiff  )
          5  vs.
                                                        Buffalo, New York
          6  SKYRYSE, INC., et al           )    May 5, 2022
                                 Defendant.
          7  - - - - - - - - - - - - - - - - X
             **STATUS CONFERENCE**
          8  **Proceeding held via Zoom for Government Platform**

          9                   TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
         10               UNITED STATES MAGISTRATE JUDGE


         11
             FOR PLAINTIFF: SHEPPHARD MULLIN RICHETER & HAMPTON, LLP
         12               BY: RENA ANDOH, ESQ.
                               LAI YIP, ESQ.
         13                   KAZIM A. NAQVI, ESQ.
                               TRAVIS J. ANDERSON, ESQ.
         14                       -and-
                             HODGSON RUSS, LLP
         15               BY: ROBERT J. FLUSKEY, JR, ESQ.

         16  FOR DEFENDANT: GIBSON DUNN & CRUTCHER, LLP
             SKYRYSE        BY: KATHERINE DOMINGUEZ, ESQ.
         17                   JUSTINE M. GOEKE, ESQ.
                                 -and-
         18               HARRIS BEACH, LLP
                         BY: TERRANCE P. FLYNN, ESQ.
         19                     -and-
                         LATHAM & WATKINS, LLP
         20               BY: DOUGLAS E. LUMISH, ESQ.
                             GABRIEL S. GROSS, ESQ.
         21  FOR DEFENDANT:
             PILKINGTON/KIM  LOCKE LORD, LLP
         22               BY: RORY S. MILLER, ESQ.

         23
             **COURT REPORTER: Karen J. Clark, Official Court Reporter**
         24               **Karenclark1013@AOL.com**
                         **100 State Street**
         25               **Rochester, New York 14614**

CONFIDENTIAL

|   |   |
|---|---|
| | 1 |
| 15:23:05 | 2 |
| 15:23:08 | 3 |
| 15:23:10 | 4 |
| 15:23:14 | 5 |
| 15:23:19 | 6 |
| 15:23:23 | 7 |
| 15:23:27 | 8 |
| 15:23:30 | 9 |

1                 MOOG, INC VS. SKYRYSE, INC, ET AL

2    place.  That is Moog's view.  And, obviously, we're not

3    looking to delay the document production further.  We're

4    the ones who are asking for the Court to impose, you

5    know, the discovery schedule that we attached.  But I

6    think we would be concerned about producing actual,

7    actual trade secret sensitive documents without having

8    some kind of a protective order that actually has been

9    ordered.

10                MS. DOMINGUEZ:  To be clear, your Honor,

11   what we have suggested and we're willing to abide by was

12   Skyryse was and is willing to make document productions

13   designated subject to the draft order without that order

14   being entered, understanding among all of the parties

15   that the order would be filed until such time that a

16   final order is entered.

17                MAGISTRATE JUDGE MCCARTHY:  Does anybody

18   have -- that is a statement that has just been made on

19   the record, and if everyone agrees on the record that

20   that is how it's going to be applied, then, I mean, de

21   facto, the protective order is governing unless and

22   until a different order is entered.

23                MR. FLUSKEY:  Your Honor, could be I heard

24   on that?

25                MAGISTRATE JUDGE MCCARTHY:  Yes, go ahead.

```
        1              MOOG, INC VS. SKYRYSE, INC, ET AL
16:07:36    2              Now, in terms of what we find problematic
16:07:39    3    with Skyryse's proposed protocol, their protocol
16:07:43    4    basically blocks all of our access.  Under their
16:07:47    5    protocol we get zero access to the forensic images.  All
16:07:51    6    we get is to provide search terms to the neutral vendor,
16:07:56    7    which must be agreed to by Skyryse in advance.  The
16:08:00    8    neutral vendor then runs those search terms, provides
16:08:05    9    the resulting files to the Defendants for a privilege
16:08:07   10    review, and we get whatever is left over after their
16:08:10   11    privilege review.  We would then review those documents
16:08:13   12    and determine if further searches are needed and then
16:08:16   13    the process begins again and we do this again and again
16:08:19   14    and again.  This approach will not only take a very long
16:08:23   15    time, way more time than we have to spare in this case
16:08:28   16    across 50, nearly 60 devices.  It will be totally
16:08:34   17    ineffectual in uncovering the facts and the truth in
16:08:37   18    this case.  For example, searching for search terms will
16:08:43   19    not enable us to fully uncover the spoliation, the
16:08:48   20    extensive spoliation that we believe has occurred on
16:08:51   21    these devices.  To find spoliation, searching for words
16:08:57   22    is not enough.  You have to look at underlying metadata,
16:09:00   23    which will indicate where data has been deleted.
16:09:04   24    Second, as I mentioned earlier, at least over 1.3
16:09:07   25    million files have been stolen, which covers a huge
```

CONFIDENTIAL

| | |
|---|---|
| 1 | MOOG, INC VS. SKYRYSE, INC, ET AL |
| 16:09:11  2 | diversity of file types and projects and many of these |
| 16:09:15  3 | files are not chiefly composed of words that can be |
| 16:09:19  4 | searched for such as drawings, designs, schematics, |
| 16:09:24  5 | executables, images models diagrams, there are |
| 16:09:28  6 | hand-drawn figures that are at issue, object files and |
| 16:09:31  7 | so forth.  And as another example, unrelatedly, much of |
| 16:09:38  8 | the use and Ms. Andoh touched on this earlier much of |
| 16:09:41  9 | the use is not literal copying at all like taking an |
| 16:09:45  10 | image and copying it over from one directory to another. |
| 16:09:48  11 | It's adapting Moog's processes.  Their data flows, their |
| 16:09:53  12 | algorithms, their structure, their architecture.  Again, |
| 16:09:59  13 | searching for words will not be sufficient to find |
| 16:10:02  14 | evidence of this type of use and theft.  So, from our |
| 16:10:30  15 | view, to adequately uncover the kinds of |
| 16:10:34  16 | misappropriation that I have just identified, you really |
| 16:10:37  17 | need a human being to look at the file, to compare them |
| 16:10:41  18 | side by side and to draw from their experience and their |
| 16:10:44  19 | expertise and their judgment to follow the truth of |
| 16:10:48  20 | misappropriation that we believe has taken place.  You |
| 16:10:52  21 | can't just do this kind of brute force mechanical search |
| 16:10:56  22 | for words, which is what Skyryse is proposing.  That is |
| 16:11:01  23 | not going to work here.  What we believe is that what we |
| 16:11:06  24 | need to do here is a much more sophisticated nuanced |
| 16:11:10  25 | analysis to be able to uncover the full extent of the |

                                                          MOOG0020384