**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MOOG INC.,

                              Plaintiff,                          Case No.: 22-cv-187-LJV-JJM

        vs.

SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50

                            Defendants.
-------------------------------------------------------------------------X

## NOTICE OF MOTION TO SEAL

**PLEASE TAKE NOTICE THAT** Defendants Robert Alin Pilkington and Misook Kim (collectively, the "Individual Defendants") respectfully submit this motion (the "Motion to Seal") for an Order to file under seal:

1. Excerpts of Alin Pilkington and Misook Kim's Memorandum of Law in Support of their Actions to Claw Back Materials Provided Under the Protective Order, filed on August 11, 2022, and the corresponding exhibits (the "Motion"),

2. Exhibit G to the Green Declaration in support of the Motion,

3. Exhibit H to the Green Declaration in support of the Motion, and

4. Exhibit I to the Green Declaration in support of the Motion.

The Individual Defendants request to seal is made in accordance with the parties' confidentiality designations, and this Court's tentative sealing of the July 27, 2022, and August 4, 2022 transcripts.

*Continued Through The Following Page*

The Individual Defendants reserve their rights to file a motion to unseal certain transcripts and related documents, including the materials subject to this motion. This Motion to Seal is based on the Declaration of Anthony D. Green, Esq. in Support of the Motion to Seal, filed on August 11, 2022.

Dated: New York, New York
August 11, 2022

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**

By:   */s/ Anthony D. Green*
Anthony D. Green, Esq.
Alexander A. Truitt, Esq.
M. Annabel Mireles, Esq.
45 Broadway – 32nd Floor
New York, NY 10006
P: (212) 221-6900
F: (212) 221-6989
Green.A @wssllp.com
Truitt.A@wssllp.com

*Attorneys for Defendants Robert Alin Pilkington and Misook Kim*