UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,

                Defendants.

Case No.: No. 22-cv-00187

---

### PLAINTIFF MOOG INC.'S NOTICE OF ERRATA RE ECF DOCKET NO. 234

PLEASE TAKE NOTICE that the following document, PLAINTIFF'S OPPOSITION TO INDIVIDUAL DEFENDANTS' MOTION TO CLAW BACK MATERIALS, Docket Number 234, filed by Plaintiff Moog, Inc. on August 15, 2022 contains a formatting error which led to an incorrect Table of Contents, as well as a paragraph being inadvertently single-spaced and indented. Plaintiff hereby files a corrected version of Docket Number 234.

Dated: New York, New York
         August 15, 2022

                              **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                              *Attorneys for Plaintiff Moog Inc.*

                              By:   s/Rena Andoh
                                   Rena Andoh
                                 Travis J. Anderson (admitted *pro hac vice*)
                                 Lai Yip (admitted *pro hac vice*)
                                 Tyler E. Baker (admitted *pro hac vice*)
                                 Kazim A. Naqvi (admitted *pro hac vice*)
                              30 Rockefeller Plaza
                              New York, New York 10112
                              Telephone: (212) 653-8700