UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

                Plaintiff,

v.

SKYRYSE, INC., ROBERT ALIN PILKINGTON,
MISOOK KIM, and DOES NOS. 1-50,

                Defendants.

Case No.: 1:22-cv-00187

---

## DECLARATION OF RENA ANDOH

RENA ANDOH, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1.    My name is Rena Andoh. I am a partner at Sheppard, Mullin, Richter & Hampton LLP. I am over the age of 18 years old. I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff Moog Inc. ("Moog") and I provide this declaration in support of Moog's Opposition to the Individual Defendants' Motion to Stay Proceedings.

2.    Attached as Exhibit "A" is a true and correct copy of e-mail correspondence between counsel for all parties between July 18, 2022 and August 5, 2022.

3.    Attached as Exhibit "B" is a true and correct copy of a June 24, 2022 e-mail from Individual Defendants' counsel to all other parties' counsel and iDS.

-2-

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Dated:   August 17, 2022

                                                  */s/ Rena Andoh*
                                                  Rena Andoh