# Exhibit A

| | |
|---|---|
| **From:** | Kazim Naqvi <KNaqvi@sheppardmullin.com> |
| **Sent:** | Thursday, August 4, 2022 11:33 PM |
| **To:** | Osborne, Juli (Bay Area); Rena Andoh; Travis Anderson; Lai Yip; Tyler Baker; Rena Andoh |
| **Cc:** | #C-M SKYRYSE - MOOG - LW TEAM; truitt.a@wssllp.com; msubjeck@hodgsonruss.com; rfluskey@hodgsonruss.com; PMuto@hodgsonruss.com; rdutta@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com |
| **Subject:** | RE: Moog v. Skyryse, No. 22-cv-187 (W.D.N.Y.) |

Counsel:

We agree that all future discovery deadlines are vacated pending resolution of the Motion to Stay.

To be clear, all prior elapsed deadlines are not reopened as a result of the Court's orders. For example, the Parties' June 30 deadline to move to compel documents produced on June 2 is not reopened. Similarly, the Parties' deadlines to move to compel 7 days after previous supplemental productions were made is also not reopened.

Finally, to clarify, the vacatur does not impact the Parties' obligations to produce documents stored with iDS pursuant to the Inspection Protocol, Section IV.1.

Thank you,
Kazim

**Kazim Naqvi**
**SheppardMullin** | Los Angeles
+1 424-288-5336 | ext. 15336

**From:** julianne.osborne@lw.com <julianne.osborne@lw.com>
**Sent:** Thursday, August 4, 2022 4:54 PM
**To:** Rena Andoh <RAndoh@sheppardmullin.com>; Travis Anderson <TAnderson@sheppardmullin.com>; Lai Yip <LYip@sheppardmullin.com>; Tyler Baker <TBaker@sheppardmullin.com>; Rena Andoh <RAndoh@sheppardmullin.com>; Kazim Naqvi <KNaqvi@sheppardmullin.com>
**Cc:** SKYRYSEMOOG.LWTEAM@lw.com; truitt.a@wssllp.com; msubjeck@hodgsonruss.com; rfluskey@hodgsonruss.com; PMuto@hodgsonruss.com; rdutta@hodgsonruss.com; tflynn@harrisbeach.com; green.a@wssllp.com
**Subject:** Moog v. Skyryse, No. 22-cv-187 (W.D.N.Y.)

Counsel:

Per the Court's Order (ECF No. 216) and the discussion during today's conference, we understand that all discovery deadlines have been vacated pending resolution of the individual defendants' motion to stay. This includes, for example:

- Today's deadline for any party to move to compel regarding any issues related to iDS discovery;
- Any deadlines for Moog to compel the production of documents from Skyryse or third parties;
- The 7-day deadline to move to compel relating to any supplemental productions (ECF No. 199);
- Any deadlines for Skyryse or third parties to respond or object to, or move to quash, pending document requests or subpoenas;

1

- The August 25th deadline to substantially complete expedited discovery, including all depositions (ECF No. 137);
- All briefing deadlines related to Moog's Motion for Preliminary Injunction (set at ECF No. 137); and
- Any and all other similar deadlines.

Please let us know immediately if you have a different understanding.  We are happy to discuss.

Thanks,
Juli


**Julianne Osborne**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8160
Email: julianne.osborne@lw.com
https://www.lw.com


_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.