**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------------------X**
MOOG INC.,

                              Plaintiff,                       Case No.: 22-cv-187-LJV-JJM

           vs.

SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK
KIM, and DOES NOS. 1-50

                           Defendants.
**-----------------------------------------------------------------------------X**

**DECLARATION OF ANTHONY D. GREEN IN SUPPORT OF ROBERT ALIN
PILKINGTON AND MISOOK KIM'S MEMORANDUM OF LAW IN OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY FOR TRADE SECRET
IDENTIFICATION**

Anthony D. Green, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares as

follows:

1.      I am a member of Winget Spadafora & Schwartzberg, LLP, counsel to Defendants

Robert Alin Pilkington and Misook Kim (collectively, the "Individual Defendants").

2.      I submit this Declaration in support of the Individual Defendants' Memorandum of

Law in Opposition to Plaintiff's Motion to Compel Discovery for Trade Secret Identification, filed

on August 17, 2022.

3.      Annexed hereto as Exhibit A is a true and correct copy the June and July 2022 email

communications between the Individual Defendants, Plaintiff, Skyryse, and iDS regarding

excising pre-2021 communications from the Individual Defendants' devices.

4.      Annexed hereto as Exhibit B is a true and correct copy of Plaintiff's First Set of

Requests for Production of Documents and Things to Robert Alin Pilkington and Misook Kim

served on March 21, 2022.

5.      Annexed hereto as Exhibit C is a true and correct copy of the July 20, 2022 email communications between the Individual Defendants, Plaintiff, Skyryse, and the Court concerning the excision of pre-2021 communication from the Individual Defendants' personal devices.

6.      As set forth herein, and as argueD through the accompanying memorandum of law, the Individual Defendants respectfully request that Plaintiff's Motion is denied.

Dated: August 17, 2022
        New York, New York                     /s/ Anthony D. Green
                                               Anthony D. Green