UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50, <br><br> Defendants. | Civil Action No. <br> 1:22-cv-00187-LJV-JJM |

**DECLARATION OF JULIANNE OSBORNE IN SUPPORT OF MOTION FOR LEAVE TO FILE A SUPPLEMENTAL REPLY**

I, Julianne Osborne, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in Support of Skyryse's Motion for Leave to File a Supplemental Reply in connection with its pending Motion to Dismiss or, Alternatively, to Transfer Venue (ECF 48, amended at ECF 117, supplemented at ECF 224).

3. Attached as Exhibit A is Skyryse's [Proposed] Supplemental Reply.

4. Attached as Exhibit B is a true and correct copy of email correspondence between counsel for Moog, counsel for Skyryse, and the Court dated August 11-12, 2022.

5. Attached as Exhibit C is the [Proposed] Declaration of Jeri Rouse Looney In Support of Skyryse's Reply In Support of Its Motion to Dismiss or, Alternatively, to Transfer Venue.

- 2 -

  a. Attached as Exhibit 1 to the [Proposed] Declaration is a true and correct copy of email correspondence between counsel for Moog, counsel for Skyryse, and the Court dated August 11-12, 2022.

  b. Attached as Exhibit 2 to the [Proposed] Declaration is a true and correct copy of a draft the Parties' March 11 Stipulation (ECF 25) dated March 10, 2022, reflecting edits by counsel for Moog.

  c. Attached as Exhibit 3 to the [Proposed] Declaration is a true and correct copy of a draft the Parties' March 11 Stipulation (ECF 25) dated March 10, 2022, reflecting edits by counsel for Skyryse.

Dated: August 23, 2022

                 Julianne C. Osborne