UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MOOG INC.,

                       Plaintiff,                 Case No.: 22-cv-187-LJV-JJM

            vs.

SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK
KIM, and DOES NOS. 1-50

                     Defendants.
------------------------------------------------------------------------X

### NOTICE OF EMERGENCY MOTION FOR AN INTERIM STAY OF MAGISTRATE JUDGE MCCARTHY'S AUGUST 29, 2022 REPORT, RECOMMENDATION AND ORDER PENDING OBJECTIONS TO SAID ORDER

**PLEASE TAKE NOTICE THAT**, upon the accompanying Motion for an Interim Stay of Magistrate Judge McCarthy's August 29, 2022 Report, Recommendation and Order, Memorandum of Law, and Declaration of Anthony D. Green, Defendants Robert Alin Pilkington and Misook Kim (collectively, the "Individual Defendants"), through their undersigned counsel, Winget Spadafora & Schwartzberg LLP, hereby moves this Court for an Order for an interim stay of the August 29, 2022 Order, set to take effect on September 9, 2022 at 5:00 pm EST, pending objections to said Order, pursuant to the Court's inherent powers and discretion.

**The Individual Defendants further respectfully request that the Court enter an emergency interim stay of the August 29, 2022 Order until this Motion is fully-briefed and decided.**

In accordance with Local Rule 7(a)(1), the Individual Defendants reserve the right to file and serve reply papers. The Individual Defendants respectfully request that Plaintiff file an opposition to the Motion for an Interim Stay by September 16, 2022, the Individual Defendants shall file their reply brief on September 19, 2022, and that this matter be heard on an expedited

basis, pursuant to the Court's inherent powers and discretion and Local Rule 7(d)(1), at the Court's earliest convenience.

Dated: New York, New York
      September 9, 2022

**WINGET, SPADAFORA &**
**SCHWARTZBERG, LLP**

By:   */s/ Anthony D. Green*
Anthony D. Green, Esq.
Alexander A. Truitt, Esq.
M. Annabel Mireles, Esq.
45 Broadway – 32nd Floor
New York, NY 10006
P: (212) 221-6900
F: (212) 221-6989
Green.A @wsllp.com
Truitt.A@wsllp.com
Mireles.A@wsllp.com

*Attorneys for Defendants Robert Alin*
*Pilkington and Misook Kim*