**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
MOOG INC.,

                Plaintiff,                Case No.: 22-cv-187-LJV-JJM

      vs.

SKYRYSE, INC. ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50

                Defendants.
-------------------------------------------------------------------------X

## [PROPOSED] ORDER

On September 8, 2022, Defendants Robert Alin Pilkington and Misook Kim (collectively, the "Individual Defendants") submitted a motion (the "Motion for an Interim Stay") for an Order for an interim stay of the August 29, 2022 Order (ECF Dkt. No. 253), set to take effect on September 9, 2022 at 5:00 pm EST, pending objections to said Order. Having considered the Motion for an Interim Stay and all papers filed in support of, and good cause appearing therefor, the Court hereby orders as follows:

1. The Individual Defendants' motion is GRANTED pending full briefing on the Motion for an Interim Stay.

2. Within seven days of this Order, Plaintiff shall file its opposition to the Motion for an Interim Stay.

3. Within three days of Plaintiff's opposition, the Individual Defendants shall file their reply in further support of the Motion for an Interim Stay.

//
//
//

    4.    The expedited hearing on the motions shall be heard on _____, 2022.

Dated: _____

                                                                               _____
                                                                               United States District Judge