UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>    Defendants. | Civil Action No. 1:22-cv-00187-LJV-JJM |

### DECLARATION OF JULIANNE OSBORNE IN SUPPORT OF SKYRYSE'S OBJECTIONS TO REPORT AND RECOMMENDATION

I, Julianne Osborne, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in Support of Skyryse's Objections to Magistrate Judge McCarthy's Report and Recommendation (ECF 253).

3. Attached as Exhibit 1 is a true and correct copy of correspondence from Magistrate Judge McCarthy to all parties, dated August 10, 2022.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the transcript of proceedings held before Magistrate Judge McCarthy on August 25, 2022.

Dated:  September 12, 2022

                   /s/ Julianne C. Osborne
                     Julianne C. Osborne