# EXHIBIT 1

| | |
|---|---|
| **From:** | Jeremiah McCarthy <Jeremiah_McCarthy@nywd.uscourts.gov> |
| **Sent:** | Wednesday, August 10, 2022 1:27 PM |
| **To:** | Muto, Pauline T.; NYWDml_McCarthy PpO |
| **Cc:** | 'Rena Andoh'; 'Travis Anderson'; 'Lai Yip'; 'Tyler Baker'; 'Kazim Naqvi'; Subjeck, Melissa N.; rdutta_hodgsonruss.com; Fluskey Jr., Robert J.; 'tflynn@harrisbeach.com'; 'doug.lumish@lw.com'; 'gabe.gross@lw.com'; 'joseph.lee@lw.com'; Storey, Kelley (DC); Zahoory, Arman (Bay Area); 'truitt.a@wssllp.com'; 'green.a@wssllp.com' |
| **Subject:** | RE: Moog/Skyryse - 22-cv-187 |

Counselors - I recognize that a number of motions are pending before me. However, in light of yesterday's Amended Text Referral Order [221], and as suggested by my Text Order earlier today [223], I intend to give top priority to deciding defendants' pending motions for dismissal or transfer of venue [47, 48] - for regardless of the outcome of those motions, all parties deserve to know sooner rather than later which court will preside over this litigation.



Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202
TEL: (716) 551-1880
FAX: (716) 551-1885

**From:** Muto, Pauline T. <pmuto@hodgsonruss.com>
**Sent:** Wednesday, August 3, 2022 11:20 PM
**To:** NYWDml_McCarthy PpO <mccarthy@nywd.uscourts.gov>
**Cc:** 'Rena Andoh' <RAndoh@sheppardmullin.com>; 'Travis Anderson' <TAnderson@sheppardmullin.com>; 'Lai Yip' <LYip@sheppardmullin.com>; 'Tyler Baker' <TBaker@sheppardmullin.com>; 'Kazim Naqvi' <KNaqvi@sheppardmullin.com>; Subjeck, Melissa N. <MSubjeck@hodgsonruss.com>; rdutta_hodgsonruss.com <rdutta@hodgsonruss.com>; Fluskey Jr., Robert J. <RFluskey@hodgsonruss.com>; 'tflynn@harrisbeach.com'; 'doug.lumish@lw.com'; 'gabe.gross@lw.com'; 'joseph.lee@lw.com'; kelley.storey@lw.com; Arman.Zahoory@lw.com; 'truitt.a@wssllp.com'; 'green.a@wssllp.com'
**Subject:** Moog/Skyryse - 22-cv-187 - Motion to Compel, Letter Brief on Source Code Search Protocols, & Motion to Seal

**CAUTION - EXTERNAL:**

Good evening Your Honor:

On behalf of Plaintiff Moog Inc. ("Moog"), PDF copies of the following documents are attached:

- Motion to Compel Discovery Necessary for Further Trade Secret Identification,
- Declaration of Kevin M. Crozier in Support of the Motion to Compel,
- Declaration of Bruce W. Pixley in Support of the Motion to Compel,
- Declaration of Rena Andoh in Support of the Motion to Compel with Exhibits A-D,
- Letter Brief on Source Code Search Protocols with Exhibits 1-6,
- Notice of Motion to Seal,

- Declaration of Robert Fluskey in Support of the Motion to Seal, and
- A Proposed Sealing Order.

The Motion to Compel, Crozier Declaration, Pixley Declaration, and Letter Brief were filed in redacted format.  Exhibit B to the Andoh Declaration and Exhibit 2 to the Letter Brief were filed entirely under seal.  Complete and unredacted versions of these documents are attached.

Neither the Fluskey Declaration nor the Proposed Sealing Order was filed to the docket.

Hand delivery of the documents listed above is forthcoming.  Pursuant to Local Rule 5.3 and the Administrative Procedures Guide for Electronic Filing, complete versions of these documents will also be delivered to the Clerk on a CD.

Respectfully submitted,

**Pauline T. Muto**
Senior Associate
Hodgson Russ LLP

Tel:    716.848.1294
Fax:    716.961.9968



Twitter  |  LinkedIn  |  website  |  Bio  |  e-mail  |  vCard

Guaranty | 140 Pearl Street, Suite 100 | Buffalo, NY 14202
Tel: 716.856.4000 | map

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.