UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MOOG INC.,

Plaintiff,

v.                                                          Case No.: 1:22-cv-00187

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50,

Defendants.

---

## <u>DECLARATION OF RENA ANDOH</u>

RENA ANDOH, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

1.      My name is Rena Andoh.  I am a partner at Sheppard, Mullin, Richter & Hampton LLP.  I am over the age of 18 years old.  I have personal knowledge of the matters set forth herein and if called as a witness, I could and would competently testify as to all facts set forth herein. I am counsel for plaintiff Moog Inc. ("Moog") and I provide this declaration in support of Moog's Opposition to the Individual Defendants' Objections to August 29, 2022 Report, Recommendation and Order (ECF 264).

2.      Attached as Exhibit "A" is a true and correct copy of e-mail correspondence between the Court and counsel for all parties between August 17 and 24, 2022.

-1-

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Dated:    September 19, 2022

_/s/ Rena Andoh_
Rena Andoh