**Gabriel S. Gross**
Direct Dial: 650.463.2628
gabe.gross@lw.com

140 Scott Drive
Menlo Park, California  94025
Tel: +1.650.328.4600  Fax: +1.650.463.2600
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

October 24, 2022

**VIA ECF**

Hon. Jeramiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagra Square
Buffalo, New York 14202

      Re:  *Moog Inc. v. Skyryse, Inc. et al*, Case No. 1:22-cv-00187-LJV-JJM

Dear Magistrate Judge McCarthy:

      Pursuant to Your Honor's instruction (ECF 279), Skyryse writes to provide a brief narrative description regarding the attached demonstrative slides presented at the October 20 hearing.

      Slide 5 depicts a portion of Gibson Dunn's May 4 letter and contains excerpts describing the nascent, ongoing status of Skyryse's investigation at the time. (*See* ECF 210-7.)

      Slide 6 contains the chart on page 7 of the May 4 letter, annotated with red text to show (1) that "Host Serial" refers to laptop serial numbers, (2) that "VSN" refers to USB device serial numbers, and (3) the nine laptops Moog made the subject of its motion. (*See* ECF 210 at 8-9.)

      Slide 7 identifies laptops that Skyryse has produced to iDS in discovery.

      Slide 8 further identifies laptops that were connected to the USB device 55D28D65. This device does not belong to Defendant Kim or Pilkington, but was used by Skyryse's IT department to set up computers, and contains miscellaneous files unrelated to Moog or the claims and defenses in this case. (*See* Opp., ECF 242 at 11.)

      Slides 9-10 identify the three remaining laptops on the chart that were connected to USB devices other than 55D28D65, and describes their status in discovery.

      Respectfully,

      Gabriel S. Gross
      of Latham & Watkins LLP