# LATHAM&WATKINS LLP

**Motion Hearing**

# *Moog Inc. v. Skyryse, Inc. et al.*

## Case No. 1:22-cv-187-LJV-JJM

## Defendant Skyryse, Inc.'s Presentation

**October 20, 2022**

Latham & Watkins operates worldwide as a limited liability partnership organized under the laws of the State of Delaware (USA) with affiliated limited liability partnerships conducting the practice in France, Hong Kong, Italy, Singapore, and the United Kingdom and as an affiliated partnership conducting the practice in Japan. Latham & Watkins operates in Israel through a limited liability company. Latham & Watkins operates in South Korea as a Foreign Legal Consultant Office. Latham & Watkins works in cooperation with the Law Firm of Salman M. Al-Sudairi, a limited liability company, in the Kingdom of Saudi Arabia. © Copyright 2022 Latham & Watkins. All Rights Reserved.

# Skyryse Counsel's May 4 Letter

"[W]e are continuing to investigate the issues we have identified …."

"[O]ur investigation is ongoing …."

"… the answers provided at this stage may be subject to change."

"Moog information may have been accessed … primarily via … personal USB devices held by Alin Pilkington and Misook Kim …."

"Skyryse's investigation into the interactions between Skyryse employees and the SanDisk Cruzer devices is ongoing."

**No admissions, no conclusions.**

Andoh Decl., ECF 210-7.

5

# Moog's Motion: "9 Laptops"

**GIBSON DUNN**

May 4, 2022
Page 7

| Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|
| FM1W5J3 | 2/25/22 12:07 AM | MISOOK | |
| FM1W5J3 | 2/13/22 6:52 PM | D:\ | |
| FM1W5J3 | 2/25/22 11:54 PM | CRUZER | |
| J54MD5K | 2/13/22 7:21 PM | NO NAME | 55D28D65 |
| J54MD5K | 2/18/22 2:32 AM | | 80FC319F |
| J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| HSYLDK3 | | D:\ | 55D28D65 |
| C1DD6J3 | 2/14/22 5:49 PM | NO NAME | 55D28D65 |
| C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |
| 174LDK3 | 2/20/22 4:27 PM | NO NAME | 55D28D65 |
| JGNV5J3 | 2/13/22 8:04 PM | NO NAME | 55D28D65 |
| 684LDK3 | 3/4/22 4:11 PM | MISOOK | 80FC319F |
| 684LDK3 | 2/13/22 6:32 PM | D:\ | 55D28D65 |
| 684LDK3 | 2/28/22 10:43 PM | D:\; Misook | EC979D10 |
| 4S8LDK3 | 2/14/22 5:39 PM | NO NAME | 55D28D65 |
| CXGD6J3 | | D:\ | 55D28D65 |
| CXQV5J3 | 2/14/22 10:28 PM | D:\ | 55D28D65 |
| CRGD6J3 | | D:\ | 55D28D65 |
| 80RMDK3 | 2/13/22 8:14 PM | NO NAME | 55D28D65 |

The above-listed SanDisk Cruzer devices are not in the possession of Skyryse, based on our investigation to date, and Skyryse does not know the universe of documents or information contained on those devices. Skyryse's investigation into the interactions between Skyryse employees and the SanDisk Cruzer devices is ongoing.

**Litigation Hold.** Skyryse issued a litigation hold notice on March 9, 2022 to the below-listed employees. Skyryse issued another litigation hold notice on April 21, 2022 to all employees.

Mark Groden          David Tearse          Chris Smith
Deb Morisie          Derek Shiells         Chris Cole
Ray Wang             Danny Stillion        Andre Michelin
Gonzalo Rey          Liisa Bishop          Deniz Karakas
Tim Baptist          Nigel Cranwell        Jeff Becker

**Laptop Serial No.**      **USB Device Serial No.**

| | Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|---|
| 1. | FM1W5J3 | 2/25/22 12:07 AM | MISOOK | |
| | FM1W5J3 | 2/13/22 6:52 PM | D:\ | |
| | FM1W5J3 | 2/25/22 11:54 PM | CRUZER | |
| 2. | J54MD5K | 2/13/22 7:21 PM | NO NAME | 55D28D65 |
| | J54MD5K | 2/18/22 2:32 AM | | 80FC319F |
| | J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| 3. | HSYLDK3 | | D:\ | 55D28D65 |
| 4. | C1DD6J3 | 2/14/22 5:49 PM | NO NAME | 55D28D65 |
| | C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |
| 5. | 174LDK3 | 2/20/22 4:27 PM | NO NAME | 55D28D65 |
| 6. | JGNV5J3 | 2/13/22 8:04 PM | NO NAME | 55D28D65 |
| | 684LDK3 | 3/4/22 4:11 PM | MISOOK | 80FC319F |
| | 684LDK3 | 2/13/22 6:32 PM | D:\ | 55D28D65 |
| | 684LDK3 | 2/28/22 10:43 PM | D:\; Misook | EC979D10 |
| 7. | 4S8LDK3 | 2/14/22 5:39 PM | NO NAME | 55D28D65 |
| | CXGD6J3 | | D:\ | 55D28D65 |
| | CXQV5J3 | 2/14/22 10:28 PM | D:\ | 55D28D65 |
| 8. | CRGD6J3 | | D:\ | 55D28D65 |
| 9. | 80RMDK3 | 2/13/22 8:14 PM | NO NAME | 55D28D65 |

Andoh Decl., ECF 210-7; Motion, ECF 210 at 8-9.

6

# Moog's Motion: "9 Laptops"

*Case 1:22-cv-00187-LJV-JJM   Document 210-7   Filed 08/03/22   Page 8 of 18*

**GIBSON DUNN**

May 4, 2022
Page 7

| Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|
| FM1W5J3 | 2/25/22 12:07 AM | MISOOK | |
| FM1W5J3 | 2/13/22 6:52 PM | D:\ | |
| FM1W5J3 | 2/25/22 11:54 PM | CRUZER | |
| J54MD5K | 2/13/22 7:21 PM | NO NAME | 55D28D65 |
| J54MD5K | 2/18/22 2:32 AM | | 80FC319F |
| J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| HSYLDK3 | | D:\ | 55D28D65 |
| C1DD6J3 | 2/14/22 5:49 PM | NO NAME | 55D28D65 |
| C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |
| 174LDK3 | 2/20/22 4:27 PM | NO NAME | 55D28D65 |
| JGNV5J3 | 2/13/22 8:04 PM | NO NAME | 55D28D65 |
| 684LDK3 | 3/4/22 4:11 PM | MISOOK | 80FC319F |
| 684LDK3 | 2/13/22 6:32 PM | D:\ | 55D28D65 |
| 684LDK3 | 2/28/22 10:43 PM | D:\; Misook | EC979D10 |
| 4S8LDK3 | 2/14/22 5:39 PM | NO NAME | 55D28D65 |
| CXGD6J3 | | D:\ | 55D28D65 |
| CXQV5J3 | 2/14/22 10:28 PM | D:\ | 55D28D65 |
| CRGD6J3 | | D:\ | 55D28D65 |
| 80RMDK3 | 2/13/22 8:14 PM | NO NAME | 55D28D65 |

The above-listed SanDisk Cruzer devices are not in the possession of Skyryse, based on our investigation to date, and Skyryse does not know the universe of documents or information contained on those devices. Skyryse's investigation into the interactions between Skyryse employees and the SanDisk Cruzer devices is ongoing.

**Litigation Hold.** Skyryse issued a litigation hold notice on March 9, 2022 to the below-listed employees. Skyryse issued another litigation hold notice on April 21, 2022 to all employees.

| | | |
|---|---|---|
| Mark Groden | David Tearse | Chris Smith |
| Deb Morisie | Derek Shiells | Chris Cole |
| Ray Wang | Danny Stillion | Andre Michelin |
| Gonzalo Rey | Liisa Bishop | Deniz Karakas |
| Tim Baptist | Nigel Cranwell | Jeff Becker |

**Laptop Serial No.**                                   **USB Device Serial No.**

| | Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|---|
| 1. | FM1W5J3 | 2/25/22 12:07 AM | MISOOK | |
| | FM1W5J3 | 2/13/22 6:52 PM | D:\ | |
| | FM1W5J3 | 2/25/22 11:54 PM | CRUZER | |
| 2. | J54MD5K | 2/13/22 7:21 PM | NO NAME | 55D28D65 |
| | J54MD5K | 2/18/22 2:32 AM | | 80FC319F |
| | J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| 3. | HSYLDK3 | | D:\ | 55D28D65 |
| 4. | C1DD6J3 | 2/14/22 5:49 PM | NO NAME | 55D28D65 |
| | C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |
| 5. | 174LDK3 | 2/20/22 4:27 PM | NO NAME | 55D28D65 |
| 6. | JGNV5J3 | 2/13/22 8:04 PM | NO NAME | 55D28D65 |
| | *Laptop Produced* | | | |
| 7. | 4S8LDK3 | 2/14/22 5:39 PM | NO NAME | 55D28D65 |
| | CXGD6J3 | | D:\ | 55D28D65 |
| | *Laptop Produced* | | | |
| 8. | CRGD6J3 | | D:\ | 55D28D65 |
| 9. | *Laptop Produced* | | | |

Andoh Decl., ECF 210-7; Motion, ECF 210 at 8-9; Opp., ECF 242 at 10-11.

7

# Moog's Motion: "9 Laptops"

Laptop Serial No.                                                                         USB Device Serial No.

| # | Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|---|
| 1. | FM1W5J3 | 2/25/22 12:07 AM | MISOOK | |
| | FM1W5J3 | 2/13/22 6:52 PM | D:\ | |
| | FM1W5J3 | 2/25/22 11:54 PM | CRUZER | |
| 2. | Irrelevant – USB Device "connection" was by IT Department only | | | 55D28D65 |
| | J54MD5K | 2/18/22 2:32 AM | | 80FC319F |
| | J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| 3. | Irrelevant – USB Device "connection" was by IT Department only | | | 55D28D65 |
| 4. | | | | 55D28D65 |
| | C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |
| 5. | Irrelevant – USB Device "connection" was by IT Department only | | | 55D28D65 |
| 6. | | | | 55D28D65 |
| | Laptop Produced | | | |
| 7. | Irrelevant – USB Device "connection" was by IT Department only | | | 55D28D65 |
| | | | | 55D28D65 |
| | Laptop Produced | | | |
| 8. | Irrelevant – USB Device "connection" was by IT Department only | | | 55D28D65 |
| 9. | Laptop Produced | | | |

Andoh Decl., ECF 210-7; Motion, ECF 210 at 8-9; Opp., ECF 242 at 10-11.

8

# Moog's Motion: "9 Laptops"

**GIBSON DUNN**

May 4, 2022
Page 7

| Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|
| FM1W5J3 | 2/25/22 12:07 AM | MISOOK | |
| FM1W5J3 | 2/13/22 6:52 PM | D:\ | |
| FM1W5J3 | 2/25/22 11:54 PM | CRUZER | |
| J54MD5K | 2/13/22 7:21 PM | NO NAME | 55D28D65 |
| J54MD5K | 2/18/22 2:32 AM | | 80FC319F |
| J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| HSYLDK3 | | D:\ | 55D28D65 |
| C1DD6J3 | 2/14/22 5:49 PM | NO NAME | 55D28D65 |
| C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |
| 174LDK3 | 2/20/22 4:27 PM | NO NAME | 55D28D65 |
| JGNV5J3 | 2/13/22 8:04 PM | NO NAME | 55D28D65 |
| 684LDK3 | 3/4/22 4:11 PM | MISOOK | 80FC319F |
| 684LDK3 | 2/13/22 6:32 PM | D:\ | 55D28D65 |
| 684LDK3 | 2/28/22 10:43 PM | D:\; Misook | EC979D10 |
| 4S8LDK3 | 2/14/22 5:39 PM | NO NAME | 55D28D65 |
| CXGD6J3 | | D:\ | 55D28D65 |
| CXQV5J3 | 2/14/22 10:28 PM | D:\ | 55D28D65 |
| CRGD6J3 | | D:\ | 55D28D65 |
| 80RMDK3 | 2/13/22 8:14 PM | NO NAME | 55D28D65 |

The above-listed SanDisk Cruzer devices are not in the possession of Skyryse, based on our investigation to date, and Skyryse does not know the universe of documents or information contained on those devices. Skyryse's investigation into the interactions between Skyryse employees and the SanDisk Cruzer devices is ongoing.

**Litigation Hold.** Skyryse issued a litigation hold notice on March 9, 2022 to the below-listed employees. Skyryse issued another litigation hold notice on April 21, 2022 to all employees.

Mark Groden       David Tearse       Chris Smith
Deb Morisie       Derek Shiells      Chris Cole
Ray Wang          Danny Stillion     Andre Michelin
Gonzalo Rey       Liisa Bishop       Deniz Karakas
Tim Baptist       Nigel Cranwell     Jeff Becker

**Laptop Serial No.**      **USB Device Serial No.**

| | Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|---|
| 1. | FM1W5J3 | 2/25/22 12:07 AM | MISOOK | |
| | FM1W5J3 | 2/13/22 6:52 PM | D:\ | |
| | FM1W5J3 | 2/25/22 11:54 PM | CRUZER | |
| 2. | | | | |
| | J54MD5K | 2/18/22 2:32 AM | | 80FC319F |
| | J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| 3. | | | | |
| 4. | | | | |
| | C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |

Andoh Decl., ECF 210-7; Motion, ECF 210 at 8-9; Opp., ECF 242 at 10-11.

9

# Moog's Motion: "9 Laptops," "1 USB Device"

Laptop Serial No.      USB Device Serial No.

| Host Serial | Last Disconnected (UTC) | Volume Name | VSN |
|---|---|---|---|
| FM1W5J3 | 2/25/22 12:07 AM | MISOOK | 80FC319F |
| FM1W5J3 | 2/13/22 6:52 PM | D:\ | 55D28D65 |
| FM1W5J3 | 2/25/22 11:54 PM | CRUZER | SanDisk |
| J54MD5K | 2/18/22 2:32 AM |  | 80FC319F |
| J54MD5K | 3/31/22 6:33 PM | D:\; Misook | EC979D10 |
| C1DD6J3 | 3/24/22 6:30 PM | E:\; Misook | EC979D10 |

**Moog demands 1 USB device:**

- "55D28G65" - IT Department's device to set up laptops – irrelevant

**Other:**

- "EC979D10" - image already produced in entirety
- "80FC319F" – already produced to iDS by Kim and Skyryse provided relevant laptop connection histories – no need for entire laptops
- "SanDisk" Cruzer = Not Skyryse's property; subject of third party discovery

Andoh Decl., ECF 210-7; Motion, ECF 210 at 8-9; Opp., ECF 242 at 10-11.

10