UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50,<br><br>                    Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM |

### DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF SKYRYSE'S NOVEMBER 7, 2022 LETTER TO JUDGE MCCARTHY

I, Arman Zahoory, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, *pro hac vice* counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in Support of Skyryse's November 7, 2022 letter to Judge McCarthy.

3. Attached as Exhibit A is a true and correct copy of a letter sent by counsel for Moog on November 2, 2022.

4. Attached as Exhibit B is a true and correct copy of a letter sent by counsel for Skyryse on October 31, 2022.

5. Attached as Exhibit C is a true and correct copy of email correspondence between counsel for Moog and counsel for Skyryse, dated November 3, 2022.

- 2 -

Dated: November 7, 2022

_____
Arman Zahoory