UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>      Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM |

## NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Defendant Skyryse, Inc. respectfully submits this motion for an order to file under seal Exhibit A to the Declaration of Arman Zahoory in Support of Skyryse's November 7, 2022 letter to Judge McCarthy.

Exhibit A is a letter sent by counsel for Moog on November 2, 2022 which counsel for Moog has designated as "Highly Confidential – Attorneys' Eyes Only." In accordance with Moog's confidentiality designation, Skyryse requests that Exhibit A be sealed.

Dated:  November 7, 2022
              By:  /s/ *Gabriel S. Gross*

              **LATHAM & WATKINS LLP**

              Douglas E. Lumish (Admitted *Pro Hac Vice*)
              Gabriel S. Gross
              140 Scott Drive
              Menlo Park, California 94025
              Telephone: (650) 328-4600
              Facsimile: (650) 463-2600
              Email: doug.lumish@lw.com
                  gabe.gross@lw.com

Joseph H. Lee (Admitted *Pro Hac Vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: 714-755-8290
Email: joseph.lee@lw.com

and

**HARRIS BEACH PLLC**
Terrance P. Flynn
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Telephone: (716) 200-5050
Email: tflynn@harrisbeach.com