UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOOG, INC.,<br><br>        Plaintiff,<br><br>     v.<br><br>SKYRYSE, INC., ROBERT ALIN PILKINGTON, MISOOK KIM, and DOES NOS. 1-50.<br><br>        Defendants. | Civil Action No.<br>1:22-cv-00187-LJV-JJM |

## DECLARATION OF ARMAN ZAHOORY IN SUPPORT OF MOTION TO SEAL

I, Arman Zahoory, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Latham & Watkins LLP, *pro hac vice* counsel to Defendant Skyryse, Inc. I am familiar with this matter and the facts set forth herein.

2. I submit this Declaration in support of Skyryse's Motion to Seal, which seeks an order permitting the filing under seal of Exhibit A to the Declaration of Arman Zahoory in Support of Skyryse's November 7, 2022 letter to Judge McCarthy.

3. Exhibit A is a letter sent by counsel for Moog on November 2, 2022 which counsel for Moog has designated as "Highly Confidential – Attorneys' Eyes Only." In accordance with Moog's confidentiality designation, Skyryse seeks permission to provisionally file Exhibit A under seal.

- 2 -

Dated: November 7, 2022

                                                                             Arman Zahoory