UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MOOG, INC.,

                              Plaintiff,

                v.

SKYRYSE, INC., ROBERT ALIN
PILKINGTON, MISOOK KIM, and DOES NOS.
1-50.

                              Defendants.

Civil Action No.
1:22-cv-00187-LJV-JJM

**[PROPOSED] ORDER**

Defendant Skyryse, Inc. has submitted a motion for an order to file under seal Exhibit A to the Declaration of Arman Zahoory in Support of Skyryse's November 7, 2022 letter to Judge McCarthy.

Upon review of Skyryse's motion and accompanying declaration and for the reasons stated therein, the Court GRANTS the Motion. The Clerk of the Court shall file an unredacted version of Exhibit A under seal.

The Court further orders that all unsealed or unredacted versions of this document remain confidential pending further order of this Court.

Dated: _____

                                        _____
                                        The Honorable Jeremiah J. McCarthy
                                        United States Magistrate Judge