UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MOOG INC.,

                              Plaintiff,

      v.                                                                                       Case No. 1:22-cv-00187

SKYRYSE, INC., ROBERT ALIN PILKINGTON,
MISOOK KIM, and DOES NOS. 1-50,

                              Defendants.

# NOTICE OF MOTION TO SEAL

PLEASE TAKE NOTICE that Plaintiff Moog Inc. ("Moog") respectfully submits this motion (the "Motion") for an order to file Exhibits B, H, I, and J to the Declaration of Kazim A. Naqvi filed in Support of Moog's Motion for Clarification of the Court's Orders Regarding Third Party Discovery at ECF 283 under seal. Moog additionally submits this motion for an order to file Exhibit C to the Letter Brief regarding outstanding issues addressed during the October 20th hearing at ECF 282 under seal.

This Motion is based on the Declaration of Robert Fluskey, Esq. in Support of the Motion to Seal, which is filed separately under seal.

Date: November 7, 2022

                                               **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                                               *Attorneys for Plaintiff Moog Inc.*

                                               By:   s/Rena Andoh
                                                      Rena Andoh
                                                      Travis J. Anderson (admitted *pro hac vice*)
                                                      Tyler E. Baker (admitted *pro hac vice*)
                                                      Kazim A. Naqvi (admitted *pro hac vice*)

- 2 -

        30 Rockefeller Plaza
        New York, New York 10112
        Telephone:  (212) 653-8700

        and
        **HODGSON RUSS LLP**

        By:     s/Robert J. Fluskey, Jr.
             Robert J. Fluskey, Jr.
             Melissa N. Subjeck
             Reetuparna Dutta
             Pauline T. Muto
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202
        (716) 856-4000